

# U.S. Department of Justice
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

# F EDERAL
# F IREARMS
# L ICENSING
# C ENTER

Standard Operating Procedures
Legal Instruments Examiner
September 2018

ATF0757

**CHAPTER 4     LEGAL INSTRUMENTS EXAMINERS**

**IMPORTANT:**  Examiners are responsible for adding comments to FLS during the processing of all types of applications and related actions thereof to <u>leave an audit trail</u> of useful information including specific actions, dates, points of contact and other relevant data pertaining to the records.

The Chief, Federal Firearms Licensing Center shall approve or the Director of Industry Operations shall deny an application for a license within the **60-day** period, which begins on the date the application is perfected.

**4.1     Customer Service**

Provide Customer Service to the general public, the firearms industry and other ATF offices as required (Refer to "JTMS courses.")

A.     Respond to all e-mail inquiries.



B.     Respond to all telephone inquiries (includes FFL EZ Check toll free line).



ATF0758



## 4.2 Examine Applications for Federal Firearms License ATF Form 7/7CR

A. Compare the information shown on the ATF form 7/7CR with target sheet to verify correctness.

B. Determine if the application has been signed by an authorized responsible person. Do not forward the application to the field without at least 1 RP.

C. Verify that all applicant data was entered correctly in FLS. Double check all RPs date of birth to ensure the correct DOB was entered.

D. The application should be reviewed for accuracy and completeness. If corrections or additional information is needed, use the Area Office Transmittal Checklist (Exhibit 7) and forward the application to the Area Office (Refer to 4.11).

E. Some Area offices prefer to receive perfected applications. In this instance, prepare and mail the appropriate correspondence to request the needed information from the applicant (Refer to Section 4.8).

ATF0759

F.   Review proof of payment to determine that the application has been matched with the correct check and that the appropriate fee was submitted. If additional funds are needed, send the appropriate FLS correspondence to the applicant. The additional funds should be sent directly to the responsible examiner, not collected by the IOI or sent to the lockbox.

G.   Verify receipt of a current photo and fingerprint cards for each responsible person. Responsible Persons Questionnaires (RPQ) (ATF F 7(5310.12**A**)) are required for all RP's. Additional RPQs can be obtained on atf.gov/firearms/forms

H.   Refer to the Examiner SOP for Background Checks, Chapter 2 for Non-Immigrant Aliens and Permanent Resident Aliens.

I.   Review the Fingerprint Card(s) for acceptable prints on all responsible persons and make certain that all pertinent information is provided. Check the cards for smudges; verify that our office name and **correct ORI** are shown. (Refer to Exhibit 5)**.** Our ORI code is WVATF1100.

J.   Submit the completed fingerprint cards and completed Fingerprint Card Transmittal Log (Refer to Exhibit 6) to the Fingerprint Card Scanning System (FCSS) POC for review and scanning. RP's must be entered in FLS prior to submitting fingerprint cards / fingerprint transmittal log. RP's on the same license should be entered on the transmittal log grouped together.

K.   The criminal history should be viewed by checking the Automated Criminal History (ACH) screen for each responsible person. If there is no entry or response within 3 days, a manual query may be performed (Refer to the Background SOP). Clearance of an RPs background requires ACHC, and NICS for ALL active RP's regardless of license type.

L.   Add comments to FLS for issues relating to the records & change disposition to Area Office Review when sending to field for review.

**4.3   Examine Applications for Federal Firearms License (Collector of Curios and Relics) ATF Form 7CR. <span style="color:red">\* This form was discontinued May 2017, retained in the SOP for historical purposes. Form 7CRs received after May 2017 should be returned to the applicant, (See Section 4.45).</span>**



ATF0760



**4.4 Examine Renewal Applications for Federal Firearms License ATF Form 8**



ATF0761



**4.5    Examine Applications for an Amended Federal Firearms License ATF
Form 5300.38 (Moving within the same State or District)**



ATF0762



**4.6 Examine Applications for an Amended Federal Firearms License ATF Form 5300.38 (Moving State-to-State or Different District)[5]**

ATF0763



ATF0764

**4.7    Generating Outgoing Correspondence in FLS**

The outgoing correspondence module of FLS is generally used to generate
letters to the applicant/licensee requesting additional information needed to
process the application. This correspondence includes but is not limited to;
Return for Correction (see Section 4.9,) Letters of Authorization (see
Section 4.22) and Criminal Arrest Letters (see Section 4.23.) When
generating outgoing correspondence the following steps should be taken.

A.    While in the Application Registration screen of FLS, click on the icon at
      the top right that looks like a hand holding an envelope (see Figure 3.)

B.    The Outgoing Correspondence Menu box will appear

C.    Click on Outgoing Correspondence under the header Licensing Center
      (FELC/FFLC)

D.    The Outgoing Correspondence box will appear

E.    Click on the clipboard beside the field titled Correspondence Types (see
      Figure 3)

F.    Select the type of correspondence you will be sending

G.    Click Create Correspondence

H.    The template for the correspondence you have chosen will appear

I.    Make the appropriate changes to the applicant/licensee name, address
      and return address to ensure that all information is complete and accurate

J.    Click Save, print and stamp the Chief's signature on the correspondence
      if the correspondence will be mailed by hard copy to the
      applicant/licensee

K.    If the correspondence will be emailed to the applicant/licensee, insert the
      Chief's electronic signature (see Exhibits 37 and 38) and email the
      completed correspondence to the applicant/licensee

L.    Correspondence previously saved and sent using this process can be viewed by clicking on the correspondence in the correspondence history and then clicking View Correspondence



**Figure 3 – Computer Form Letters**

### 4.8    Applications Returned for Corrections

New Applications (ATF Form 7) needing corrections or additional information will be referred to the Area Office by utilizing the Area Office Transmittal Checklist (Exhibit 7). If no responsible persons have been listed in item 22, return the application to the applicant to complete. Do not forward the application to the field without at least 1 RP in item 22.

A.    When it is necessary to return an application, all items that need to be completed or clarified will be circled in red ink or highlighted, a copy of the front and back of the new application will be made, and the return for correction letter will be generated in Outgoing Correspondence in FLS (fig. 3) in duplicate.

B.    The Examiner will maintain a pending file until complete and accurate information is provided by the applicant or the application must be abandoned after **45** days from the date on the letter. Reference section 4.15. As a courtesy the examiner should place a call to the applicant prior to abandoning the application.

C.    Bold and highlight the FFLC address on the Return for Correction Letter prior to sending to the applicant.

## 4.9 Reasons for Returning Renewal Applications



ATF0767

**4.10 Delinquent/Untimely Renewals**



**4.11 Area Office Review**

The Federal Firearms Licensing Center is required to coordinate with Field Offices for the processing of all New Firearms applications, certain Renewal applications, and some Curios and Relics. Some Field Offices review all amended forms. This process involves forwarding applications to the Area Office that is responsible for a particular geographical area. See Exhibit 28 Examiner State Specific Criteria.

A.    Review the appropriate application file in FLS and then select the disposition status entry "Area Office Review."

B.    **Copy 1** of the application, Area Office Transmittal Checklist (Exhibit 7,) and relevant attachments (with the exception of the target sheet and check copy) are sent to the Area Office.

C.   A copy of the application, target sheet, Area Office Transmittal Checklist and check copy are placed in the "Pending Inspection" file, in numeric order by District. The pending files should be monitored monthly to ensure applications are processed in a timely manner.

D.   The Area Office will provide recommendations via the generation of an email notification of the "Post Inspection Information" to the FFLC. The original report and perfected application will be saved to the shared drive for retrieval and/or imaging. See the SOP for Electronic Inspection Reports for reference.

   1.   Post Inspection Information (PII): The Application Registration screen should be updated with any additions/corrections. The hard copy target sheet, check copy, and documents reflecting recommendations can be filed in a "Holding Status file" until the inspection report and application are received from the Area Office (Refer to Section 4.12).

   2.   Email: The Area Offices are required to send a PII as of October 1, 2005. Area Offices are required to list any amendments to the application in the PII. The Examiner may accept Emails from the Area Office Supervisor authorizing issuance or any other action on a license.

   3.   Inspection Reports (Exhibit 10): When the PII is received, the application is pulled from the "holding file." Verify all items listed on the Area Office Transmittal Checklist (Exhibit 7) have been addressed and FLS updated, if necessary. The Application Registration screen should be updated with any additions, corrections, and the inspection date. The license disposition should be changed to license issued, abandoned, or withdrawn.

   4.   Application Execution: On the reverse side of the F7, F7CR, Amended and F8 applications, check "approved" and initial. The Chief's signature stamp is affixed and the application approval date is added from FLS. **It is very important for audit purposes and court purposes that we execute ONLY Copy 1 in final form.**

ATF0769

**4.12     Post Inspection Information (PII)**

The Area Office Supervisors will send the inspection recommendation to FFLC utilizing Microsoft Outlook E-Mail.

A.     Email messages are sent to the FFLC Examiner responsible for the internal revenue district in which the applicant or licensee is located. Based upon the content of the email, the Examiner will initiate the appropriate action (Issue, Withdraw, or Abandon).

B.     When action has been completed, the Examiner will forward the email message to the "FFLC Completed Actions" shared folder/mailbox which will serve as an archive of all actions completed by the FFLC.

C.     The Examiner should flag FLS for pending denials and/or revocations based upon the PII recommendation through the use of the appropriate SAF (Special Attention Flag), and make a comment in FLS to reflect changes, noting the U.I. number of the report.

**Note:** To find the folder in Outlook, click on File, Click on Account Settings and then Account Settings again, click on the Email tab, then click Change, click on More Settings, click the Advanced tab, then Add, type in FFLC Completed and OK. Select the mailbox for the appropriate field office. Click Apply, then OK.

**4.13     Inspection /Compliance Reports**

**The area office Supervisor will save completed inspection reports to the shared drive as outlined in the SOP for Electronic Inspection Reports. If an inspection report is received in hard copy:**

A.     Determine if the inspection report is a compliance inspection or application inspection.

B.     Review completed report for recommendations and changes.  This can be found by looking at Item 11 & 13 of the report.  If the report was generated for a new application, verify all items listed on the Area Office Transmittal Checklist (Exhibit 7) have been addressed and FLS updated, if necessary.

C.     Update FLS based on report content.  Add a SAF (Special Attention Flag) code per the report and make comments in FLS to reflect changes, noting the U.I. (Unique Identifier) number of the report.  If the report requests that a SAF be removed, email the Management Analyst or the Adverse Action Coordinator.  See section 4.36 of this SOP.

ATF0770

D. Update the Inspection Date box on the Application page of FLS with the date from the Review Date of Item 13 of the report. This will be the Area Supervisor review date.

E. Change the Disposition if required. If information is updated or changed and FLS prompts, "History-No History"; choose History.

F. If the report was generated for a new application and it has been approved, verify all items listed on the Area Office Transmittal Checklist (Exhibit 7) have been addressed and FLS updated, if necessary. Complete Item 29 of Form 7 by stamping the Chief's name, marking approved and initialing. Enter the date as the date that the license was issued in FLS.

G. For application generated inspection reports, send the documents to imaging with the perfected application, other related documents and the OF Target sheet which will be found in the area office review file maintained by the Examiner. For Compliance Reports, print an IR Target sheet and forward to imaging per the guidelines established in 4.32 of this SOP.

H. If an inspection report returns with the recommendation stating, "Viols and Revocation – Non Renewal or Denial; refer this to the Adverse Action Coordinator to finalize with assistance from the Field Office.

I. If an inspection report is received not associated with an RDS Key, review and determine if the report is associated with an RP on a license or a previous RDS. If no association can be made, pass the report to the Supervisor for filing.

<u>Note</u>: If a compliance report is received indicating a new FFL is required and the application is attached to the report, generate an OF target sheet. The new FFL and the inspection report will be filed under this target sheet.

## 4.14 Variance Processing



ATF0771



**4.15    Abandoned Applications**

ATF0772



**4.16    Withdrawn Applications**

ATF0773



**4.17    Voiding Applications**

**4.18    Refunding License Application Fees**



ATF0775



ATF0776

## 4.19    Dishonored Checks



ATF0777



**4.20    Processing Declined Credit Cards on New or Renewal Applications**



**4.21    Reversal of Payment Control Number**

ATF0778



## 4.22    Letter of Authorization (LOA)



ATF0779



**4.23** **Processing Arrest/Convictions on New Applicants**

When the background check uncovers any arrest(s) or conviction(s), they must be resolved to determine whether they are disabling. Each arrest, with a possibility of being disabling must be researched and tracked to the final disposition.

A.   A letter should be written to the Applicant/Licensee to request that they provide Court Documentation reflecting the final disposition on arrest charges. If documentation is received, the examiner should verify with the respective court that the documents are valid. If the charge is possible domestic violence and information is needed to determine the relationship to the victim send the MCDV Relationship Letter. See Exhibit 30.

B.   If the Applicant/Licensee notifies ATF that they are unable to obtain disposition, the Examiner should contact the Arresting Agency or Court by letter or telephone.

C.   If the Court states that no record is available, the Examiner should:

ATF0780

1. Obtain a statement on letterhead from the Court that no record is available for the listed arrest and that they have performed a search of their records and find no arrest of the Applicant/Licensee during the covered period,

**-or-**

2. The conversation should be documented containing the person's name and telephone number of the person that the Examiner spoke with, what the person advised, and the date the conversation took place. If prohibited, documents containing the section, statute and number of conviction(s) are needed.

D. If contact with the Arresting Agency or Court proves unsuccessful, a request for assistance from the Area Office in the arrest location should be forwarded to that office (See Exhibit 7).

E. If the Examiner is in training, let the Supervisor review all documentation received to determine if the disposition is questionable or whether the arrest is prohibiting.

F. If assistance is needed to determine whether or not a conviction is disabling, the Examiner will prepare a Background Check Review Team - Checklist for the Supervisor's review. The Supervisor will review all supporting documentation from the Examiner and make the determination based on review of the documentation. Refer to Background SOP Chapter 9. See Exhibit 20.

<u>**Note:**</u> When the final disposition documentation is received, enter the following information in the FLS comment section to leave an audit trail: *Charge, date of arrest, date resolved, and documentation received.*

## 4.24 Processing Arrest/Convictions on Renewal Applicants







**4.25    Indicators of Change in Control or Ownership**

**IMPORTANT:  If you receive a license application that contains any of the information listed below, please bring it to your Supervisor's attention. Counsel may need to review the application and determine whether a change in control or ownership has taken place.  This must be done before a license can be issued or renewed.**

Do not act on an applicant's verbal request.  The licensee's request for Change in Control must be in writing to determine if it is an actual Change in Control vs. a Change in Ownership.  The Examiner may request a copy of the applicant's "Articles of Incorporation" (sometimes also referred to as the Certificate of

ATF0782

Incorporation or the Corporate Charter) for review by the Supervisor or Counsel. The applicant may state it is only a name change and might not understand that a change of control or ownership has taken place. Below is a list of items that **could** indicate a change of control or ownership. This list does not include every indicator and is only a guideline. Let your Supervisor know if any of the following have occurred:

A.    Change of responsible person(s) – may indicate a change in control

B.    Change of any corporate officer(s). For example, new President, Vice president or Secretary, etc. – may indicate a change in control

C.    Change to board of director(s) – may indicate a change in control

D.    Change of EIN – may indicate a change in ownership

E.    Any change of stock ownership –- may indicate a change in control

F.    Merger – may indicate a change in ownership

G.    Anything indicating a sale – may indicate a change in ownership

H.    Any mention of Bankruptcy – may indicate  change in ownership

I.    Any mention of a Trust – may indicate a change in ownership

## 4.26   Change in Control

When an actual or legal control of a corporation or association changes, the licensee shall, within 30 days of such change give written notification to the FFLC. Upon notification of Change in Control, the Special Attention Flag (SAF) of "02 – CHANGE IN CONTROL – RENEW AFTER RP INFO CLEARED" should be added to the FLS record. Renewal fee and renewal application are required upon expiration. However, to accompany the renewal, an updated application document will be requested when there is a change to Responsible Persons (at least until we have an approved Responsible Person Questionnaire Form) or to verify information (i.e. hours of operation.) An updated application must be on Form 7 when specifically requested by the field office or FFLC personnel. This will require the applicant to submit all changes under the penalties of perjury and could subject the application to denial on the grounds of falsification in the event the applicant deliberately fails to disclose material information on the Form 7. A new FLS record will <u>not</u> be created. See Exhibits 27 and 40.

A.    The request should be reviewed to determine if the request qualifies as a Change in Control or as a Change in Ownership. Example: if the original entity still exists during the change, it is a Change of Control. If the original entity is dissolved during the change, it is most likely a Change

ATF0783

in Ownership. Seek the advice of your supervisor if you are unsure. If the requested qualifies as a Change in Control, add SAF as indicated in the above paragraph.

Note: The SAF Code must be removed in order to issue the license.

B.      For a Change in Control, Responsible Persons should be added or deactivated on the Responsible Person screen in FLS. The criminal background is initiated automatically in FLS (Refer to Section 3.2.3).

Note: If there are changes in Responsible Persons, the request must come from a current RP. If there are no changes to the RPs, please obtain this information in writing.

C.      If the Responsible Persons have an arrest or conviction, proceed as outlined in Section 4.23

D.      When all Responsible Persons are cleared, print a target sheet and send file to Imaging.

## 4.27    Change in Ownership[6]

Federal Firearms Licenses are not transferable.  In the event of a lease, sale, or other transfer of the operations authorized by the license, the new owner must obtain the required license prior to commencing operations (Refer to Section 2.2 and 2.3).  Refer to Section 4.43.2 for guidance on deactivation of the old license.

Some states allow a conversion between Corporation to LLC without the need to obtain a new EIN#. Although this change in business structure results in a name change, there is no need for the business to apply for a new license if the state in which the company is incorporated allows this conversion.

The States known to allow conversions are Alabama, Arizona, Arkansas, California, Delaware, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Kentucky, Louisiana, Minnesota, Nebraska, New Hampshire, New Mexico, North Carolina, North Dakota, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Virginia and West Virginia. See Exhibit 41.

## 4.28    Change in Business Structure

Licensees often request a change from one business type to another (Partnership to Corporation, Individually Owned to Limited Liability Company (LLC,) etc.) These types of changes are considered a "Change in Ownership" and the rule in Section 4.27 applies.  Exercise caution and seek guidance from a Supervisor or A/O Counsel.

## 4.29    Right of Succession[7]

ATF0784



ATF0785

**4.30 Change in License Types for New Licenses and Renewals**

A dealer and pawnbroker are allowed to change to a different license type, within the same type category, without paying an additional fee. The licensee or an ATF field office should submit a written request for this type of change. For all other changes, a new application and fee are required.

**The following is the process to make the change in license type for <u>new license applications</u> which are not yet issued:**

1. The license type on new applications can change from that which was originally requested to any other type prior to the issuance of the license. This request is usually made through the PII and the inspection report.

2. Open current license in FLS. Use the "Print Screen" icon.



3. Create a new license by selecting the proper type of FFL and using the information contained in your print screen.

4. Reverse the money from the incorrect type/record and apply it to the correct type/record.

5. Change disposition on new license to license issued and save.

6. Update FLS using the disposition of "Withdrawn" for the incorrect type/record.

7. Make comments in both FFLs to reflect what has transpired.

8. If more money is needed for the new FFL, obtain the additional funds and apply the control number once the bank has cashed the check or processed the credit card.

9. If less money is needed, the remainder should be refunded to the applicant as an overpayment under the new FFL number.

10. Defer print a license.

ATF0786

**The following is the process to make the change in license type when renewal applications are filed or when the license is in the middle of a license period (3 years.)**



**4.31   Power of Attorney (POA)**

ATF0787



**4.32    Imaging**



ATF0788



### 4.33    Entering Comments in FLS

Comments were designed as a mechanism to enable the FLS user to gain a
clearer understanding of the license's history and activity.  Comments are
entered to show the action taken on an application in order to leave an audit trail
for other users.  Comments should be a summation of the main points. Only
pertinent information should be included in the comments.

If the user feels it is necessary to "cut and paste" into FLS, then the user should
paste into the correspondence area and input comments directing the reader to
the Outgoing Correspondence area of FLS, (e.g., "Email dated 3/6/2006 from
DIO Williams pasted into Outgoing Correspondence as 'Additional 30 Days
Letter').

### 4.34    Special Attention Flag (SAF)

A Special Attention Flag (SAF) is used to alert FLS users of current adverse
actions concerning a licensee or applicant.  FFLC Examiners will process all
requests for adding a SAF codes for the States/districts for which they are
assigned.  This does NOT apply to the '*removal*' of SAF code requests.  ALL
SAF code removal requests – due to FLS roles – will be provided to Specialists
or to Management Analysts. All requests to add or remove a SAF code should
be obtained in writing/email from an Area Supervisor or higher level.  The
requests to add or remove a flag are delivered to the Adverse Actions
Coordinator utilizing Microsoft Outlook E-Mail.

ATF0789

A. The Examiner should contact the Field Division to obtain approval to issue an LOA for renewals with an SAF "LE Investigation."

B. The Examiner should contact the Area Office to obtain approval to issue an LOA for renewals with an SAF "Revocation/Denial."

## 4.35 Adding Special Attention Flag (SAF) Codes





ATF0790



## 4.36 Removing SAF



## 4.37 Out of Business (OOB)



ATF0791



## 4.38   Duplicate Renewals



## 4.39   Returned Mail



ATF0792



**4.40    Duplicate License Requests**



**4.41    Addition or Deactivation of a Responsible Person (RP)**

A "responsible person" is defined as an individual who has the power to direct the management and policies of the business entity for which the Federal firearms license is being applied.

ATF0793

### 4.41.1 Addition of a RP



ATF0794



**4.41.2 Deactivation of an RP (not due to prohibition)**



**4.42 Live Checks and other Monetary Instruments**



ATF0795



### 4.43    Issuing and Deactivating Licenses in FLS

#### 4.43.1 Issuing Licenses in FLS

When the application has been reviewed for accuracy, completeness, background checks completed, fingerprint results cleared and has been returned from the Area Office (if applicable) the license can be issued.

A.    Select the disposition "License Issued" on the applicant screen of FLS.  Click Save. Verify that the expiration date has updated accordingly. Check approved, apply the Chief's signature as Licensing official on the original application and write in the date the license was issued.

B.    When issuing a license under normal circumstances, select the Defer print option in the print function on the task bar of FLS. Click on the printer at the bottom right corner of the print box.

C.    If an Immediate print of a license is needed, select the immediate print option. Click on the printer at the bottom right corner of the print box.  See figure 6.

ATF0796



**N**_____nt the next _____the license will print within 15-20 minutes. An email should be sent to the Operations Specialist with any special directions concerning the license.

**Note:** The Notice of Clearance section does not pertain to FFLC and should not be used. The Print Screen option allows the user to print the entire record.

### 4.43.2 Deactivating Licenses in FLS





ATF0798



**4.44    Revenue Processing and Research**



ATF0799



ATF0800



ATF0801



## 4.45 Processing Non-Approved ATF forms



ATF0802



**4.46     Processing Changes in Licensee Name / Trade Name**



**4.47     Suspension of a License**

ATF0803



## 4.48 Processing Background Checks on Prohibited Persons

FFLC will notify prohibited RPs of their prohibited status in several ways based on business structure. Any prohibited FFL who applies for relief while the current appropriations restriction is in place, may be denied renewal of his/her FFL after 30 days from the date firearms disabilities were incurred. A formal

ATF0804

request with background check supporting documentation, and any other related documents, must be submitted by the Chief, FFLC to Chief Counsel, through established channels, requesting a written opinion of whether a pending renewal application may be denied. See Exhibit 35.

### 4.48.1 Prohibited sole responsible person on an original or renewal application, or existing license



### 4.48.2 Prohibited responsible person on multi-person original or renewal application, or existing license



ATF0805

**4.48.3  Prohibited RP is the owner of a sole proprietorship with multiple RPs, on a renewal application, and the prohibited status by both FBI/NICs and ACHC is <u>due to indictment</u> for a Felony, or any other crime for which the judge could imprison them for more than one year.**



**4.48.4  State Prohibited Responsible Person only (not federally prohibited)**



ATF0806

**4.49    Expediting Applications for Federal Firearms License ATF Form 7**

ATF0807



**4.50    Processing New Applications submitted in the name of a Trust**



ATF0808



### 4.51    FLS Disposition of Unreported Move – License abandoned



### 4.52    Examiner Responsibilities with Licensees Undergoing Adverse Action

A.    Warning Letter Recommendation

Upon receipt of the inspection report having a Warning Letter recommendation that has a concurrence from the Area Supervisor (A/S), the Legal Instruments Examiner updates the inspection date and adds comments in FLS and will forward the inspection report to imaging. If a warning letter is sent as a result of the recommendation, SAF code "Warning Letter Sent" should be added in FLS.  SAF codes are typically requested via PII from the Area Office.

B.    Warning Conference Recommendation

ATF0809

Upon receipt of the inspection report, the Legal Instruments Examiner will update the inspection date and add comments in FLS and forward the inspection report to imaging.

C.    Follow-Up Letter to a Warning Conference – Warning Conference Held

When a Legal Instruments Examiner receives a copy of a follow-up letter regarding a previously held Warning Conference, comments are to be placed into FLS stating that the letter was received and forwarded to imaging and add SAF code "Warning Conference Held" if it was not already added from receipt of a PII.  The letter is then forwarded to imaging.

D.    Denial Recommendation – A/S <u>Does Not</u> Concur



E.    Denial Recommendation – A/S Concurs but DIO <u>Does Not</u> Concur



F.    Final Disposition Denied, Denied Renewal, or Revoked



# 1. Application for Federal Firearms License ATF Form 7(5310.12)/7CR(53110.16)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0018

## Application for Federal Firearms License

| Part A |
|---|

1. Applicant's Business/Activity is:  ☐ Individual Owner *(Sole Proprietor)*   ☐ Partnership   ☐ Corporation   ☐ LLC
   ☐ Collector *(which can be an individual/partnership/corporation or LLC)*   ☐ Other *(specify)* _____

2. Applicant Name *(Enter name of Owner/Sole Proprietor OR Partnership (include name of each partner) OR Corporation Name OR LLC Name)*

| 3. Trade or Business Name(s), *if any* | 4. Employer Identification Number *(EIN), if any (see definition #17)* | 5. Name of County in which Business/Activity is Located |
|---|---|---|

6. Business/Activity Address *(RFD or Street Number, City, State, and ZIP Code) (NOTE: This address CANNOT be a P.O. Box.)* | 7. Mailing Address *(if different from address in item #6)*

8. Contact Numbers *(Include Area Code)*

Business/Activity Phone _____     Fax Number _____
Cell Phone _____     Business Email _____

9. Describe the specific activity applicant is engaged in or intends to engage in, which requires a Federal Firearms License *(sale of ammunition alone does not require a Federal Firearms License).*

10. Application is made for a license under 18 U.S.C. Chapter 44 as a: *(Place an "X" in the appropriate box(es). Multiple license types may be selected- see instruction #8. Submit the fee noted next to the box(es) with the application. Licenses are issued for a 3-year period. See instruction #5 for payment information.)*

| Type | Description of License Type | Fee | |
|---|---|---|---|
| 01 | Dealer in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☐ |
| 02 | Pawnbroker in Firearms Other than Destructive Devices *(Includes: rifles, shotguns, pistols, revolvers, gunsmith activities, and National Firearms Act (NFA) weapons) (see instruction #10)* | $200 | ☐ |
| 03 | Collector of Curios and Relics *(NOTE: This is not a license to conduct business, see instruction #8)* | $30 | ☐ |
| 06 | Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition *(see instruction #11)* | $30 | ☐ |
| 07 | Manufacturer of Firearms Other than Destructive Devices *(see instruction #11)* | $150 | ☐ |
| 08 | Importer of Firearms Other than Destructive Devices or Ammunition for Firearms Other than Destructive Devices, or Ammunition Other than Armor Piercing Ammunition *(NOTE: Importer of handguns and rifles, see instruction #9)* | $150 | ☐ |
| 09 | Dealer in Destructive Devices *(see definition #20)* | $3000 | ☐ |
| 10 | Manufacturer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #11)* | $3000 | ☐ |
| 11 | Importer of Destructive Devices, Ammunition for Destructive Devices, or Armor Piercing Ammunition *(see instruction #9)* | $3000 | ☐ |
| | | **Total Fees** $ | |

**11. Method of Payment** *(Check one)*

☐ Check *(Enclosed)* ☐ Cashier's Check or Money Order *(Enclosed)* ☐ Visa   ☐ Mastercard ☐ American Express ☐ Discover ☐ Diner's Club

| Credit/Debit Card Number *(No dashes)* | Name as Printed on Your Credit/Debit Card | Expiration Date *(MM/YY)* |
|---|---|---|

| Credit/Debit Card Billing Address: | Address: |
|---|---|
| | City:          State:          ZIP Code: |

**Please complete to ensure payment is credited to the correct application:**

| I am paying the application fee for the following Person, Corporation, or Partnership: | **Total Application Fees:** $ |
|---|---|

I authorize ATF to charge my Credit/Debit Card the above amount. Your credit/debit card will be charged the above stated amount upon receipt of your application and a charge from "ATF Licensing Fee" will be reflected on your credit/debit card statement. In the event a license is NOT issued, the above amount will be credited to the credit/debit card noted above.

_____     _____
Signature of Cardholder     Date

ATF Form 7(5310.12)/7CR(5310.16)
Revised May 2017

ATF0811

## 5. Applicant Fingerprint Card FD-258



## SUBMISSION OF FINGERPRINT CARDS

**THESE FIELDS ARE *REQUIRED* IN ORDER TO SUBMIT FINGERPRINT CARDS. EACH OF THESE FIELDS SHOULD BE CLEAR AND LEGIBLE.**

| | | |
|---|---|---|
| **BLOCK 1** | _____ | **FULL NAME (LAST, FIRST, MIDDLE)** |
| **BLOCK 2** | _____ | **SIGNATURE OF PERSON FINGERPRINTED** |
| **BLOCK 3** | _____ | **RESIDENCE OF PERSON FINGERPRINTED (COMPLETE ADDRESS, CITY, STATE, ZIP CODE)** |
| **BLOCK 5** | _____ | **DATE OF BIRTH (DOB) – MM/DD/YYYY** |
| **BLOCK 6** | _____ | **COUNTRY OF CITIZENSHIP** |
| **BLOCK 7** | _____ | **SEX (FEMALE – "F"; MALE – "M")** |
| **BLOCK 8** | _____ | **RACE (American Indian – "I"; Hispanic/Latino – "H"; Black or African American – "B"; Asian – "A"; Native Hawaiian/ Pacific Islander – "P"; White/Caucasian – "W"; Unknown – "U"** |
| **BLOCK 9** | _____ | **HEIGHT (3 Characters: Example – Five foot Four inches is 504)** |
| **BLOCK 10** | _____ | **WEIGHT (3 Characters – Weight must be expressed in pounds)** |
| **BLOCK 11** | _____ | **EYE COLOR (3 Character Abbreviation)** |
| **BLOCK 12** | _____ | **HAIR COLOR (3 Character Abbreviation)** |
| **BLOCK 13** | _____ | **PLACE OF BIRTH (POB): STATE (U.S. Citizen) or COUNTRY** |
| **BLOCK 14** | _____ | **OCA/RDS KEY FOR THE RELATED LICENSE** |
| **BLOCK 17** | _____ | **SOCIAL SECURITY NUMBER (If Provided)** |
| **BLOCK 18** | _____ | **MISCELLANEOUS NUMBER (FOR NON-U.S. CITIZEN) – ALIEN REGISTRATION NUMBER (AR#) OR I-94 NUMBER** |
| **BLOCK 19** | _____ | **DATE FINGERPRINTS WERE TAKEN - MM/DD/YYYY** |
| **BLOCK 20** | _____ | **SIGNATURE OF OFFICIAL TAKING FINGERPRINTS** |
| **BLOCK 22** | _____ | **REASON FINGERPRINTED - "FIREARMS BACKGROUND CHECK" OR "FFLC"** |
| **BLOCK 23** | _____ | **FINGERPRINT IMPRESSIONS (COMPLETE AND LEGIBLE)** |

ATF0813

INSTRUCTIONS:

1 – Enter each Responsible Person's name and license number in the appropriate columns.

2 – Fingerprint cards are to be given to the Fingerprint Card POC weekly **BY MONDAY MORNING** along with the completed Fingerprint Card Transmittal Log.

3 – The Supervisors will review the fingerprint cards for completion and accuracy and approve the fingerprint cards for submission via FCSS, or indicate the reason it was returned to the examiner.

4 – The Fingerprint Card POC will return the Fingerprint Card Transmittal Log and any incomplete or incorrect fingerprint cards to the Examiner.

5 – The Examiner will make the necessary corrections as indicated and return the fingerprint card with the Fingerprint Card Transmittal Log back to the Fingerprint Card POC.

ATF0814

## FINGERPRINT CARD TRANSMITTAL LOG

PURPOSE: To effectively manage the Fingerprint Card(s) submission process. This form will aid the examiner in determining when the FD 258's have been scanned to the FBI for processing.

Examiner Name: Maria Mason    Date: 02/11/2015

| Responsible Person Name | BOSKey | Non Ident | Ident | Rejected | Date & Reason Returned to Examiner | Responsible Person Name | BOSKey | Non Ident | Ident | Rejected | Date & Reason Returned to Examiner |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Galindo, Ashley Danice | 53M22613 | | | | | | | | | | |
| Escalera, Israel | 53M22613 | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

ATF0815

## 7.    Area Office Transmittal Checklist

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
2600 Century Parkway, Suite 110
Atlanta, Georgia 30345-3120

www.atf.gov

901020
5300

**MEMO TO:**    Insert Area Office Name          , AREA SUPERVISOR

**FROM:**    Insert Your Name          , FFLC EXAMINER

**DATE:**    Insert Today's Date

**SUBJECT:**    FFL NUMBER

The attached application for Federal Firearms License was received in the National Licensing Center. Required documentation as reflected below was not included. Please obtain the requested additional documentation, as indicated and/or have the applicable and appropriate corrections made as indicated. Please ensure all documents are included with the applicable ATF Form 5700.14, Assignment and Report, and that any amendments/corrections are clearly identified in item 11, ATF Officer's Recommendation. Please return this original application to us since we are no longer making copies of applications.

❑    Items 1, 8 20, and 25 must coincide with each other. Please verify the type of ownership that is requested and correct needed items.

❑    Item 5 must be completed. Please provide the address for the license location. A Post Office Box is not acceptable in Item 5.

❑    Item 7 must be completed. Please provide the requested contact numbers.

❑    Item 8 must be completed. Please complete by checking the appropriate box.

❑    Item 9 needs to be completed. Please describe the activity in which the applicant will be engaged in that requires a Federal Firearms License.

❑    Item 9A must be completed. Please check the box that is appropriate for the activity that the license is required.

❑    Item 11 must be completed. You must list hours of operation during which your records are available for inspection by ATF, even if you conduct business by appointment only.

❑    Item 13 requests information concerning your premises, please complete each section.

❑    Please complete item 14.

❑    Item 20 must be completed. In the case of a sole-ownership, the owner should be listed. In the case of a partnership, each partner must be shown. In the case of a corporation, association, or similar organization, any person owning 10% or more of the outstanding shares of stock issued by the applicant and the officer and directors must be listed. In the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management, policies, and practices of the corporation, partnership, or association, insofar as they pertain to firearms must be listed.

❑    Items 21A- 21E must be completed.

ATF0816

## 10. Assignment and Report (Inspection) ATF EF 5700.14

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
**ASSIGNMENT AND REPORT**

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 771055-2006-0082-B1B | | |
|---|---|---|---|
| Star Brokers, Inc. Star Brokers 214 West Broad Ave. Albany,GA 31701, Dougherty | 3. PERMIT/LICENSE NUMBER 15809502XX02995 | 4a. TARGET DATE | 4b. TARGET HOURS |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

**6. ATF OFFICER(S) ASSIGNED**
Regina Milledge - Lead Inspector

**7. ASSIGNED BY (SIGNATURE, TITLE AND DATE)**
Lavonda M. Parker , Area Supervisor, 12/15/2005

**8. PURPOSE/SPECIAL INSTRUCTIONS**

Conduct firearms qualification inspection.

| 9. INSPECTION RESULTS ☐ CHECK IF NO VIOLATIONS, ADJUSTMENTS, ETC | | 10. TRAVEL EXPENSES (OPTIONAL) | |
|---|---|---|---|
| NO. OF VIOLATIONS | NO. OF REFERRALS | 2111 - PER DIEM | |
| NO. OF TECS CHECKS | NO. OF TECS HITS | 2112 - P.O.A. | |
| NO. OF TAX ADJUSTMENTS | $ VALUE OF TAX INCREASES | 2113 - COMM. AIR | |
| | $ VALUE OF TAX DECREASES | 2114 - RENTAL CAR | |
| NO. OF ASSESSMENTS | $ VALUE OF ASSESSMENTS | 2115 - GPV EXPENSES | |
| NO. OF CLAIMS | $ VALUE OF CLAIMS | 2116 - MISC. | |
| NO. OF TAX PERIODS | $ VALUE OF TAXES VERIFIED | TOTAL $ FOR INSP. | |

**11. ATF OFFICER'S RECOMMENDATION**
Submitted by RMMILLEDGE - Inspector

Submitted on: 01/10/2006

Approve Original

| 12. TIME ACCOUNTING DATA | | |
|---|---|---|
| ATF OFFICER'S NAME (MONTH, YEAR, HOURS) Regina Milledge | | |
| DEC 2005 | 3.00 | |
| JAN 2006 | 12.50 | |
| ATF OFFICER'S SUBTOTAL | 15.50 | ATF OFFICER'S SIGNATURE |
| TOTAL HOURS | 15.50 | |

**13. REVIEW AND ROUTING**

REVIEW COMMENTS AND RECOMMENDATION
Application submitted pursuant a change in control in officers and stockholders. Previous FFL, 58-02995, records will be maintained at premises. However, new A & D and serial number of 4473's will begin after license is issued. Changes/corrections were made to Form 7, but only change to FLS will be titles of responsible persons.

Approve Original

| ☑ REVIEWED | ☑ CONCUR | ☑ SEE COMMENTS | ☑ FINAL DISPOSITION |
|---|---|---|---|

| SIGNATURE AND TITLE LMPARKER - Area Supervisor | REVIEW DATE 01/10/2006 |
|---|---|

ROUTING SEQUENCE AND DATE
☐ 1. _____
☐ 2. _____        CONTROL FILE POSTED DATE _____
☐ 3. _____
☐ 4. _____

ATF EF 5700.14 (10-98) For Official Use Only

Page 1 of 1

ATF0817

## 20. Background Check Review Team Check-list

# Background Check Review Team Check List

Examiner Name: _____ Date: _____
Supervisor's Name: _____

**Examiner Section:** Please <u>type</u> responses and <u>check</u> boxes as steps are completed.

RDS Key: _____

Licensee Name: _____

Responsible Person's (RP) Name in question: _____

☐ 1. Date of Offense: _____

☐ 2. FBI/SID#: _____

☐ 3. Criminal Charge (or Other Item - i.e. protection order) in question :
_____

  ☐ a. If charge is possible domestic violence (DV), the state DV chart indicates:
    ☐ All Meets DV   ☐ Possibly Meets DV   ☐ Does Not Meet DV
  ☐ b. Attach copy of DV chart.
  ☐ c. State relationship of RP and Victim: _____

☐ 4. State in which offense occurred and statute (if listed): _____

☐ 5. Maximum punishment for offense (if listed): _____

☐ 6. FBI response to Fingerprint Check: ☐ Denied   ☐ Open   ☐ N/A (03/Renewal)

☐ 7. Microfilm Checked: ☐ Yes ☐ No   ☐ N/A - Reason: _____
  Results: _____
  _____
  _____

☐ 8. ATF Relief of Disabilities Database checked if conviction was prior to December
  1998:          ☐ Yes ☐ No ☐ N/A (after Dec 98)

☐ 9. Arrest Letter sent and response received:       ☐ Yes ☐ No
  Response: _____
  _____
  _____

☐ 10. Are court documents available on line for this state? ☐ Yes ☐ No
  a. Did you check court documents?          ☐ Yes ☐ No
  b. Did you check:
  http://www.ncsconline.org/D_KIS/info_court_web_sites.html ☐ Yes ☐ No
  http://federalprisonconsultants.com/state_prisons.html   ☐ Yes ☐ No

☐

ATF0818

# Background Review Team Check List

Note to examiner: For items 11, 12, and 13 below – if a response of "no records found" is received from the point of contact, please request a written statement stating such for our records on letterhead or by e-mail from valid source.

☐ 11. Name of Court: _____
    a. Name/Title of Person contacted: _____
    b. Phone number: _____
    c. Date contacted: _____
    d. Were documents available?         ☐ Yes  ☐ No
    (if no, was the court willing to provide statement) ☐ Yes  ☐ No
    Response: _____
    _____
    _____

☐ 12. Name of Prosecuting Office: _____
    a. Name/Title of Person contacted: _____
    b. Phone number: _____
    c. Date contacted: _____
    d. Were documents available?         ☐ Yes  ☐ No
    (if no, was the court willing to provide statement) ☐ Yes  ☐ No
    Response: _____
    _____
    _____

☐ 13. Name of Arresting Agency: _____
    a. Name/Title of Person contacted: _____
    b. Phone number: _____
    c. Date contacted: _____
    d. Were documents available?         ☐ Yes  ☐ No
    (if no, was the court willing to provide statement) ☐ Yes  ☐ No
    Response: _____
    _____
    _____

☐ 14. If new information was obtained that may clear the RP, did you forward the information to FBI: ☐ Yes  ☐ No
    Response: _____
    _____
    _____

☐ 15. Please attach the following:

    ☐ License Registration report printout from FLS.
    ☐ All criminal response information (ACHC, Open Fox, Tecs, etc.)
    ☐ Documentation received (Prosecutor, Arresting agency, court, individual)

ATF0819

**Review Team Section:**

FFLC Work Group conclusion:

☐ Prohibited    ☐ Not Prohibited    ☐ Forward to Counsel

Team Assessment Summary:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Review Team Assessment Date: _____

**ATF Counsel Section:**

Martinsburg Legal Counsel Input:

☐ Prohibited    ☐ Not Prohibited

☒ Forwarded to ATF counsel where charge originated.  Date: _____

Attorney Assessment Summary:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

ATF0820

## 27. Change in Control Letter



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives
244 Needy Road
Martinsburg, WV 25405

_____

June 16, 2009

Licensee / Trade Name                                    901020:TLR:BAH
Licensee Street Address                                  5310
City, State, Zip

Dear [person's name who signed the letter],

The following is provided in regard to your letter dated [          ] which referenced a change in control pertaining to Federal firearms license number [type out the entire license number as it is shown on the license]. You indicated in your letter that the current business is not dissolving, and you are also not requesting a new license number. We believe that this constitutes a change of control, not a change of ownership. Therefore, pursuant to 26 CFR §478.54 you are required to submit written notification of this change under penalty of perjury. For convenience, you may use the ATF Form 7 although you may submit the required written notification in any format. We have enclosed the form for your use.

Please forward this information directly to our address listed above. Payment is not required as you are simply updating the infomation provided on the original ATF Form 7, not submitting an application for a new license. Any person, who was not listed as a responsible person on the previous application, and who you are adding at this time, will need to provide a 2"x 2" photograph and two fingerprint cards (per person) to our office for processing. Additionally, if you are making a request to remove a responsible person currently listed on the license (see below listing), please provide this office with a written request to remove the individual(s).

| Last Name | First Name | M.I. | Title |
|-----------|-----------|------|-------|
|           |           |      |       |
|           |           |      |       |
|           |           |      |       |
|           |           |      |       |

Please contact Examiner [name], at 304-616-[   ] with any questions you may have.

Sincerely,

*Tracey Robertson*

Tracey Robertson
Chief, Federal Firearms Licensing Center

ATF0821

## 28. Examiner State Specific Criteria

**Alabama** (District 1-63)
Nashville Field Division – Birmingham Area Office



**Alaska** (District 9-92)
Seattle Field Division – Spokane Area Office



**Arizona** (District 9-86)
Phoenix Field Division – Phoenix III Area Office



Phoenix Field Division – Tucson III Area Office



**Arkansas** (District 5-71)
New Orleans Field Division – Little Rock Area Office



**California** (Districts 9-68; 9-77; 9-94; 9-95)
San Francisco Field Division – Sacramento Area Office

ATF0822



San Francisco Field Division – Santa Rosa (Dublin III) Area Office

San Francisco Field Division – Fresno Area Office

Los Angeles Field Division – Los Angeles Area Office

**California** (District 9-33)

**Colorado** (District 5-84)
Denver Field Division – Denver III Area Office

**Connecticut** (District 6-06)
Boston Field Division – Hartford Area Office

**Delaware** (District 8-51)
Baltimore Field Division – Baltimore Area Office

ATF0823



**Florida** (District 1-59)

Miami Field Division – Ft. Pierce Area Office

Miami Field Division – Miami Area Office

Tampa Field Division – Orlando Area Office

Tampa Field Division – Tallahassee Area Office

Tampa Field Division – Tampa Area Office

**Georgia** (District 1-58)
Atlanta Field Division – Atlanta V Area Office
Atlanta Field Division – Atlanta VIII Area Office



Atlanta Field Division – Macon II Area Office

**Guam/American Samoa/Mariana Islands** (District 9-98)
Seattle Field Division – Spokane Area Office

**Hawaii** (District 9-99)
Seattle Field Division – Spokane Area Office

**Idaho** (District 9-82)
Seattle Field Division – Spokane Area Office

**Illinois** (Districts 3-36; 3-37)
Chicago Field Division – Downers Grove Area Office
Chicago Field Division – Springfield Area Office
Chicago Field Division – Fairview Heights Area Office

**Indiana** (District 4-35)
Columbus Field Division – Indianapolis Area Office

ATF0825

**Iowa** (District 5-42)
Kansas City Field Division – Omaha Area Office

**Kansas** (District 5-48)
Kansas City Field Division – Kansas City Area Office

**Kentucky** (District 4-61)
Louisville Field Division – Louisville Area Office

Louisville Field Division – Lexington Area Office

**Maine** (District 6-01)
Boston Field Division – Boston Area Office

**Maryland** (District 8-52)
Baltimore Field Division – Baltimore Area Office

**Massachusetts** (District 6-04)
Boston Field Division – Boston Area Office

ATF0826

Boston Field Division – Hartford Area Office

**Michigan** (District 4-38)
Detroit Field Division – Detroit Area Office

Detroit Field Division – Grand Rapids Area Office

**Minnesota** (District 3-41)
St. Paul Field Division – St. Paul Area Office

**Mississippi** (District 1-64)
New Orleans Field Division – Jackson II Area Office

**Missouri** (District 5-43)
Kansas City Field Division – Kansas Area Office

Kansas City Field Division – St. Louis Area Office

**Montana** (District 9-81)
Denver Field Division – Salt Lake City II Area Office



**Nebraska** (District 5-47)
Kansas City Field Division – Omaha Area Office



**Nevada** (District 9-88)
San Francisco Field Division – Las Vegas III Area Office

- Requires all new applications (Form 7)
- Requires email to Area Office Supervisor on all renewals including:
    - FFL number
    - dealer name
    - full address (except for Type 03) - wait for response - and then send the ones they request to them
- Requires all Amended applications prior to issuance
- Does not require anything dealing with Curios and Relics

San Francisco Field Division – Sacramento Area Office

- Requires all new applications (Form 7)
- Requires email to Area Office Supervisor on all renewals including:
    - FFL number
    - dealer name
    - full address (except for Type 03) –wait for response - and then send the ones they request to them
- Requires all amended applications prior to issuance
- Does not require anything dealing with Curios and Relics

**New Hampshire** (District 6-02)
Boston Field Division – Boston Area Office



**New Jersey** (District 8-22)
Newark Field Division – New Jersey Group III Area Office



ATF0828

**New Mexico** (District 5-85)
Phoenix Field Division – Tucson Group III Area Office



**New York** (Districts 6-11; 6-13; 6-14; 6-16)
New York Field Division – Brooklyn Area Office



New York Field Division – Buffalo Area Office



**North Carolina** (District 1-56)
Charlotte Field Division – Charlotte III Area Office



Charlotte Field Division – Columbia II Area Office



ATF0829

Charlotte Field Division – Greensboro II Area Office



**North Dakota** (District 3-45)
St. Paul Field Division – St. Paul Area Office

**Ohio** (Districts 4-31; 4-34)
Columbus Field Division – Cincinnati Group II Area Office
Columbus Field Division – Cleveland Group III Area Office



**Oklahoma** (District 5-73)
*Dallas Field Division – Oklahoma City Area Office*



**Oregon** (District 9-93)
Seattle Field Division – Portland Area Office



ATF0830

**Pennsylvania** (Districts 8-23; 8-25)
Philadelphia Field Division – Pittsburg Area Office
Philadelphia Field Division – Wilkes-Barre Area Office
Philadelphia Field Division – Harrisburg Area Office
Philadelphia Field Division – Lansdale Area Office

**Puerto Rico** (District 1-66)
Miami Field Division – Puerto Rico Area Office

**Rhode Island** (District 6-05)
Boston Field Division – Boston Area Office

**South Carolina** (District 1-57)
Charlotte Field Division – Columbia II Area Office

**South Dakota** (District 3-46)
St. Paul Field Division – St. Paul Area Office

**Tennessee** (District 1-62)
Nashville Field Division – Nashville II Area Office

ATF0831

Nashville Field Division – Nashville IV Area Office

**Texas** (District 5-75)
Dallas Field Division – Dallas V Area Office

Dallas Field Division – Dallas VI Area Office

Dallas Field Division – Fort Worth Area Office

Dallas Field Division – Lubbock Area Office

ATF0832



**Texas** (District 5-76)
Dallas Field Division – Houston VI Area Office

Dallas Field Division – Houston VII Area Office

**Texas** (District 5-74)
Houston Field Division – Lubbock Area Office

Houston Field Division – San Antonio Area Office

Houston Field Division – McAllen II Area Office

**Utah** (District 9-87)
Denver Field Division – Salt Lake City II Area Office

**Vermont** (District 6-03)
Boston Field Division – Hartford Area Office

**Virginia** (District 1-54)

Washington Field Division – Roanoke/Bristol Area Office
Washington Field Division – Richmond/Norfolk Area Office

ATF0833



**Virgin Islands** (District 1-66)
Miami Field Division – Puerto Rico Area Office

**Washington** (District 9-91)
Seattle Field Division – Seattle Area Office

Seattle Field Division – Spokane Area Office

**West Virginia** (District 4-55)
Louisville Field Division – Charleston II Area Office

Louisville Field Division – Falls Church Area Office

**Wisconsin** (District 3-39)
St. Paul Field Division – Milwaukee II Area Office

ATF0834

**Wyoming** (District 5-83)
Denver Field Division – Denver Area Office



ATF0835

| From: | Han, Jonathan J. |
|---|---|
| To: | Lintner, Ernest A. |
| Cc: | Thompson, Clint R. |
| Subject: | Background Check |
| Date: | Wednesday, March 25, 2020 7:32:51 PM |
| Attachments: | Holland ATF Document.pdf |
| | image002.jpg |
| | image001.png |
| | image002.jpg |

Hello, Mr. Lintner,

I hope you are well ☺. I believe my boss, Clint Thompson, from Las Vegas FO talked to you about this special case involving a licensee that is going through a bankruptcy proceeding. The representative of bankruptcy court need to receive firearms from the licensee but the licensee never established an account with Nevada POC for background checks. The attached is the 4473 completed by the representative and we will be assisting with the transfer on site tomorrow. I was wondering if you can conduct background check tomorrow while we are on site to execute the 4473.

Thank you in advance and please give me a call on my cell listed below if there are any questions.

Thank you sir,

**_Jonathan J. Han_**

Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Francisco Field Division/ Las Vegas III Field Office
Office: █████████████
Cell: █████████████

**From:** █████████████████████████████
**Sent:** Friday, March 6, 2020 4:14 PM
**To:** Han, Jonathan J. █████████████████
**Subject:** Re: Jimenez Arms BK-S 20-10752

SA Han,

My application is attached.

Bill

William M Holland, CFE
Federal Bankruptcy Investigator
Nevada District Court Receiver
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada  89146
████████████  Office
                        Cellular

In a message dated 3/6/2020 10:55:01 AM Pacific Standard Time, ███████████████ writes:

**From:** Han, Jonathan J.
**Sent:** Friday, March 6, 2020 10:49 AM
**To:** ████████████████
**Cc:** ████████████████
**Subject:** RE: Jimenez Arms BK-S 20-10752

Mr. Holland,

Thank you for all your support in resolving this issue. Attached is the ATF Form 4473. I would appreciate it if you can complete the form and send it back to me for background check processing. After the background check, we will forward the form over to Paul Jimenez to complete the transferred firearms part. We also need to execute the form together at the place where the firearms are stored. We will make sure that the firearms listed on this form matches what you have in inventory. Also, Paul Jimenez can access the computer to finalize the firearms records and download it for submission to ATF.

Please let me know if you have any questions.

Thank you!

*Jonathan J. Han*

Industry Operations Investigator

Bureau of Alcohol, Tobacco, Firearms and Explosives

San Francisco Field Division/ Las Vegas III Field Office

Office: ████████████

Cell: ███████████

ATF0837

**From:** ███████████████████████ >
**Sent:** Friday, March 6, 2020 10:12 AM
**To:** Han, Jonathan J. ████████████████ >
**Subject:** Jimenez Arms BK-S 20-10752


SA Han,


As requested I'm sending you an email regarding myself and the transfer of all of the gun frames and parts from the bankruptcy case of Jimenez Arms. I have given you the basic info on me at this time.


Thanks,


Bill Holland


William M Holland, CFE

Federal Bankruptcy Investigator

Nevada District Court Receiver

2850 S. Jones Blvd., Suite 1

Las Vegas, Nevada  89146

████████████ Office

████████████ Cellular

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

| | Transferor's/ Seller's Transaction Serial Number *(If any)* |
|---|---|
| **WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.** <br><br> Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | |

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name *(If legal name contain an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| Holland | William | Morris |

2. Current State of Residence and Address **(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)**

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| ███ | Las Vegas | USA | NV | ███ |

| 3. Place of Birth <br> U.S. City and State ███ **-OR-** Foreign Country | 4. Height <br> Ft. ██ <br> In. | 5. Weight *(LBs.)* ██ | 6. Sex ██ | 7. Birth Date <br> Month █ Day █ Year █ |
|---|---|---|---|---|

| 8. Social Security Number *(Optimal, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|

| 10.a. Ethnicity ███ | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)* <br> ☐ Asian ☐ Native Hawaiian... |
|---|---|

11. Answer the following questions by checking or marking *"yes"* or *"no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ✓ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ✓ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ✓ |
| d. | Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | ✓ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | ✓ |
| f. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ✓ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ✓ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ✓ |
| i. | Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ✓ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*

☑ United States of America *(U.S.A.)*   ☐ Other Country/Countries *(Specify)*

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | ☐ | ✓ |
| 12.c. Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ✓ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | ✓ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? ☑ N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| | March 6, 2020 |

## Section B - Must Be Completed By Transferor/Seller

| 16. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 17. If transfer is at a qualifying gun show or event: |
|---|---|
| ☑ Handgun ☐ Long Gun *(rifles or shotguns)* ☐ Other Firearm *(frame, receiver, etc, See Instructions for Question 16.)* | Name of Function: _____<br>City, State: _____ |

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| State of Nevada Drivers License | ██████████ | Month | Day | Year |
| | | ███████████████ | | |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address) (See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

## Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

| 19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency: | 19.b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month    Day    Year | |

| 19.c. The response initially (first) provided by NICS or the appropriate State agency was: | 19.d. The following response(s) was/were later received from NICS or the appropriate State agency: |
|---|---|
| ☐ Proceed    ☐ Delayed<br>☐ Denied    *[The firearm(s) may be transferred on*<br>☐ Cancelled    _____ *if State law permits (optional)]* | ☐ Proceed _____ *(date)*    ☐ Overturned<br>☐ Denied _____ *(date)*<br>☐ Cancelled _____ *(date)*<br>☐ No response was provided within 3 business days. |

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:

_____ *(date).*    ☐ Proceed    ☐ Denied    ☐ Cancelled

| 19.f. The name and Brady identification number of the NICS examiner. *(Optional)* | 19.g. Name of FFL Employee Completing NICS check. *(Optional)* |
|---|---|
| *(name)*    *(number)* | |

20. ☐ No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. ☐ No NICS check was required because the transferee/buyer has a valid permit from the Sate where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

**I certify that my answers to the questions in Section A of this form are still true, correct, and complete.**

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| | |

**Transferor/Seller Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF E-Form 4473 (5300.9)
~~October 2016~~

ATF-0840

| | |
|---|---|
| **From:** | Lintner, Ernest A. |
| **To:** | Han, Jonathan J. |
| **Cc:** | Thompson, Clint R. |
| **Subject:** | RE: Background Check |
| **Date:** | Thursday, March 26, 2020 8:05:04 AM |
| **Attachments:** | image001.png |
| | image003.jpg |
| | image004.jpg |
| | Holland NICS Check.pdf |

Auto-Proceed.

Keep your distance gents.

---

**From:** Han, Jonathan J. ██████████████████
**Sent:** Wednesday, March 25, 2020 7:33 PM
**To:** Lintner, Ernest A. ██████████████████
**Cc:** Thompson, Clint R. ██████████████████
**Subject:** Background Check

Hello, Mr. Lintner,

I hope you are well ☺.  I believe my boss, Clint Thompson, from Las Vegas FO talked to you about this special case involving a licensee that is going through a bankruptcy proceeding.  The representative of bankruptcy court need to receive firearms from the licensee but the licensee never established an account with Nevada POC for background checks.  The attached is the 4473 completed by the representative and we will be assisting with the transfer on site tomorrow.  I was wondering if you can conduct background check tomorrow while we are on site to execute the 4473.

Thank you in advance and please give me a call on my cell listed below if there are any questions.

Thank you sir,

*Jonathan J. Han*
Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Francisco Field Division/ Las Vegas III Field Office
Office: ██████████████
Cell: ██████████████

**From:** ██████████████████ < ██████████████████
**Sent:** Friday, March 6, 2020 4:14 PM
**To:** Han, Jonathan J. ██████████████████
**Subject:** Re: Jimenez Arms BK-S 20-10752

SA Han,

ATF0841

My application is attached.

Bill

William M Holland, CFE
Federal Bankruptcy Investigator
Nevada District Court Receiver
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada  89146
███████████         Office
                            Cellular
In a message dated 3/6/2020 10:55:01 AM Pacific Standard Time, ████████████████
writes:

**From:** Han, Jonathan J.
**Sent:** Friday, March 6, 2020 10:49 AM
**To:** ████████████████████████
**Cc:** ████████████████████████
**Subject:** RE: Jimenez Arms BK-S 20-10752

Mr. Holland,

Thank you for all your support in resolving this issue.  Attached is the ATF Form
4473.  I would appreciate it if you can complete the form and send it back to me for
background check processing.  After the background check, we will forward the
form over to Paul Jimenez to complete the transferred firearms part.  We also need
to execute the form together at the place where the firearms are stored.  We will
make sure that the firearms listed on this form matches what you have in inventory.
 Also, Paul Jimenez can access the computer to finalize the firearms records and
download it for submission to ATF.

Please let me know if you have any questions.

Thank you!

*Jonathan J. Han*

Industry Operations Investigator

ATF0842

Bureau of Alcohol, Tobacco, Firearms and Explosives

San Francisco Field Division/ Las Vegas III Field Office

Office: ██████████

Cell: ████████████

**From:** ████████████████ < ██████████████ >
**Sent:** Friday, March 6, 2020 10:12 AM
**To:** Han, Jonathan J. < ████████████ >
**Subject:** Jimenez Arms BK-S 20-10752

SA Han,

As requested I'm sending you an email regarding myself and the transfer of all of the gun frames and parts from the bankruptcy case of Jimenez Arms.  I have given you the basic info on me at this time.

Thanks,

Bill Holland

William M Holland, CFE

Federal Bankruptcy Investigator

Nevada District Court Receiver

2850 S. Jones Blvd., Suite 1

Las Vegas, Nevada  89146

████████████  Office

████████████  Cellular

ATF0843

## Search Request Details

The following is a list of detailed information for the selected transaction.

| | |
|---|---|
| NTN | ████████ |
| Created Date | 3/26/20 8:03 AM |
| Expiration Date | 4/25/20 8:03 AM |
| Last Name | Holland |
| First Name | William |
| Middle Name | Morris |
| Cadence (Ex. Jr., Sr., III) | Not Supplied |
| Gender | █ |
| Height | Not Supplied |
| Weight | Not Supplied |
| Race and/or Ethnicity | █ |
| Date of Birth | ████████ |
| Place of Birth | █ |
| Social Security No | ██████ |
| UPIN | Not Supplied |
| Miscellaneous No | ████████ |
| Miscellaneous Field | IOI Han, Bankruptcy FFL receivership/trustee acquiring firearms |
| State of Residence | NV |
| Citizenship | C |
| Country of Citizenship | US |
| Country of Citizenship 2 | Not Supplied |
| Country of Citizenship 3 | Not Supplied |
| Purpose ID | 35 |
| Submitted By | elintner1 |
| Retrieved By | elintner1 |
| Retrieved Date | 3/26/20 8:03 AM |
| Status | Proceed |
| Status Date | 3/26/2020 8:03 AM |

ATF0844

| | |
|---|---|
| **From:** | Thompson, Clint R. |
| **To:** | Lintner, Ernest A.; Han, Jonathan J. |
| **Subject:** | RE: Background Check |
| **Date:** | Thursday, March 26, 2020 11:19:27 AM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image005.jpg |

Thanks Ernie!

**From:** Lintner, Ernest A. ██████████████
**Sent:** Thursday, March 26, 2020 5:05 AM
**To:** Han, Jonathan J. ████████████████
**Cc:** Thompson, Clint R. ██████████████
**Subject:** RE: Background Check

Auto-Proceed.

Keep your distance gents.

**From:** Han, Jonathan J. ██████████████
**Sent:** Wednesday, March 25, 2020 7:33 PM
**To:** Lintner, Ernest A. ██████████████
**Cc:** Thompson, Clint R. ██████████████
**Subject:** Background Check

Hello, Mr. Lintner,

I hope you are well ☺. I believe my boss, Clint Thompson, from Las Vegas FO talked to you about this special case involving a licensee that is going through a bankruptcy proceeding. The representative of bankruptcy court need to receive firearms from the licensee but the licensee never established an account with Nevada POC for background checks. The attached is the 4473 completed by the representative and we will be assisting with the transfer on site tomorrow. I was wondering if you can conduct background check tomorrow while we are on site to execute the 4473.

Thank you in advance and please give me a call on my cell listed below if there are any questions.

Thank you sir,

*Jonathan J. Han*
Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Francisco Field Division/ Las Vegas III Field Office
Office: ██████████████
Cell: ██████████████

ATF0845

**From:** █████████████ <█████████████████>
**Sent:** Friday, March 6, 2020 4:14 PM
**To:** Han, Jonathan J. ████████████████
**Subject:** Re: Jimenez Arms BK-S 20-10752

SA Han,

My application is attached.

Bill

William M Holland, CFE
Federal Bankruptcy Investigator
Nevada District Court Receiver
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada  89146
████████████████ Office
████████████████ Cellular
In a message dated 3/6/2020 10:55:01 AM Pacific Standard Time, ████████████████████
writes:

> **From:** Han, Jonathan J.
> **Sent:** Friday, March 6, 2020 10:49 AM
> **To:** ████████████████
> **Cc:** ████████████████
> **Subject:** RE: Jimenez Arms BK-S 20-10752
>
>
> Mr. Holland,
>
>
> Thank you for all your support in resolving this issue.  Attached is the ATF Form
> 4473.  I would appreciate it if you can complete the form and send it back to me for
> background check processing.  After the background check, we will forward the
> form over to Paul Jimenez to complete the transferred firearms part.  We also need
> to execute the form together at the place where the firearms are stored.  We will
> make sure that the firearms listed on this form matches what you have in inventory.
>  Also, Paul Jimenez can access the computer to finalize the firearms records and
> download it for submission to ATF.
>
>
> Please let me know if you have any questions.

Thank you!

*Jonathan J. Han*

Industry Operations Investigator

Bureau of Alcohol, Tobacco, Firearms and Explosives

San Francisco Field Division/ Las Vegas III Field Office

Office: ████████████

Cell: ████████████

**From:** ████████████ <████████████>
**Sent:** Friday, March 6, 2020 10:12 AM
**To:** Han, Jonathan J. <████████████>
**Subject:** Jimenez Arms BK-S 20-10752

SA Han,

As requested I'm sending you an email regarding myself and the transfer of all of the gun frames and parts from the bankruptcy case of Jimenez Arms. I have given you the basic info on me at this time.

Thanks,

Bill Holland

William M Holland, CFE

Federal Bankruptcy Investigator

Nevada District Court Receiver

2850 S. Jones Blvd., Suite 1

Las Vegas, Nevada  89146

█████████ Office

█████████ Cellular

ATF0848

| | |
|---|---|
| **From:** | monique jimenez |
| **To:** | Han, Jonathan J. |
| **Subject:** | JA Inc Open Inventory |
| **Date:** | Thursday, March 26, 2020 1:26:25 PM |
| **Attachments:** | Open Inventory 3.26.2020.xls |



| SerialNum | Manufactu | Model | PartType | Calibur | DateIn | IncomingN | IncomingF | DateOut | OutgoingN |
|---|---|---|---|---|---|---|---|---|---|
|  | Bryco Arm | Jennings | Pistol | .22 |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Bryco Arm | M38 | Pistol | 0.32 |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.380 | Pistol | .380 |  |  |  |  |  |
|  | Jimenez A | J.A.25 | Frame | 0.25 |  |  |  |  |  |
|  | Jimenez A | J.A.380 | Pistol | .380 |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.25 | Pistol | 0.25 |  |  |  |  |  |
|  | Bryco Arm | Model 48 | pistol | .38 |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Internation | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.NINE | Pistol | 9MM |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | .22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Bryco Arm | Model 38 | Pistol | .380 |  |  |  |  |  |
|  | Internation | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Internation | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | .22 |  |  |  |  |  |
|  | Internation | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Internation | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Bryco Arm | M38 | Pistol | 0.38 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | .22 |  |  |  |  |  |
|  | Jimenez A | J.A.380 | Pistol | .380 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Pistol | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |
|  | Jimenez A | J.A.22 | Frame | 0.22 |  |  |  |  |  |

ATF0850

Original

| Make | Model | Type | Caliber |
|---|---|---|---|
| Jimenez A | J.A.22 | Frame | 0.22 |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Bryco Arm | M38 | Pistol | 0.38 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Internation | J.A.380 | Pistol | 0.38 |
| Internation | J.A.380 | Pistol | 0.38 |
| Internation | J.A.380 | Pistol | 0.38 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Jimenez A | J.A.22 | Frame | 0.22 |
| Bryco Arm | Jennings N | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Bryco | Jennings | Pistol | 9MM |
| Bryco Arm | J-NINE | Pistol | 9MM |
| bryco arms | nine | Pistol | 9MM |
| Jimenez A | J.A.380 | Pistol | .380 |
| Bryco | MDL NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.T-380 | | .380 |
| Jimenez A | J.A.T | Pistol | .380 |
| Jimenez A | J.A.T-380 | Pistol | .380 |
| Jimenez A | J.A.T-380 | Pistol | .380 |
| Jimenez A | J.A.T-380 | Frame | .380 |
| Jimenez A | J.A.T-380 | Frame | .380 |
| Jimenez A | J.A.T-380 | Frame | .380 |
| Jimenez A | J.A.T-380 | Frame | .380 |
| Jimenez A | J.A.T 380 | Pistol | .380 |
| Jimenez A | J.A.T-380 | Frame | .380 |
| Bryco Arm | Jennings N | Pistol | 9MM |
| Jennings F | J-22 | Pistol | .22 |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Bryco Arm | Jennings r | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.25 | Pistol | 0.25 |
| Jimenez A | J.A.25 | Pistol | .25 |
| Internation | J.A.25 | Pistol | 0.25 |
| Internation | J.A.25 | Frame | 0.25 |

Page 2

ATF0851

| | | | |
|---|---|---|---|
| Jimenez A J.A.NINE | Pistol | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Jimenez A J.A.380 | Pistol | .380 |
| Jimenez A J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Jimenez A J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Jimenez A J.A.380 | Pistol | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Pistol | 0.38 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.380 | Frame | 0.38 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.380 | Frame | 0.38 |
| Internation J.A.NINE | Frame | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |

ATF0852

| International | J.A.380 | Frame | 0.38 |
|---|---|---|---|
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.LC380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| International | J.A.380 | Frame | 0.38 |
| Jimenez A | J.A.380 | Pistol | .380 |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.25 | Frame | 0.25 |
| International | J.A.25 | Frame | 0.25 |
| Jimenez A | J.A.25 | Pistol | 0.25 |
| International | J.A.25 | Frame | 0.25 |
| International | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |

ATF0853

| IDCI | J.A.25 | Frame | .25 |
|------|--------|-------|-----|
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |

ATF0854

| IDCI | J.A.25 | Frame | .25 |
|------|--------|-------|-----|
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |

ATF0855

Original

| IDCI | J.A.25 | Frame | .25 |
|------|--------|-------|-----|
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| IDCI | J.A.25 | Frame | .25 |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Jimenez A | J.A.380 | Pistol | .380 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Jimenez A | J.A.380 | Pistol | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |

Page 7

ATF0856

| | | | |
|---|---|---|---|
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | 0.38 |
| Internation | J.A.380 | Frame | .380 |
| Jimenez A | J.A.380 | Pistol | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.NINE | Pistol | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Jimenez A | J.A.32 | Pistol | .32 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.T-380 | Frame | .380 |
| Jimenez A | J.A.T-380 | Pistol | .380 |
| Internation | J.A.T-380 | Frame | .380 |
| Internation | J.A.T-380 | Frame | .380 |
| Internation | J.A.T-380 | Frame | .380 |
| IDCI | J.A.T-380 | Frame | .380 |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.NINE | Frame | 9MM |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |
| Internation | J.A.380 | Frame | .380 |

ATF0857

| | | |
|---|---|---|
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Jimenez A J.A.NINE | Pistol | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.NINE | Frame | 9MM |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |
| Jimenez A J.A.380 | Pistol | .380 |
| Internation J.A.380 | Frame | .380 |
| Internation J.A.380 | Frame | .380 |

ATF0858

| | | | |
|---|---|---|---|
| International | J.A.380 | Frame | .380 |
| Jimenez A | J.A.380 | Pistol | .380 |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.NINE | Frame | 9MM |
| International | J.A.380 | Frame | .380 |
| International | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| Jimenez A | J.A.380 | Pistol | .380 |
| IDCI | J.A.380 | Frame | .380 |
| International | J.A.22 | Frame | .22 |
| International | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.380 | Frame | .380 |
| Jimenez A | J.A.380 | Pistol | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |

ATF0859

| | | | |
|---|---|---|---|
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.22 | Frame | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| Jimenez A | J.A.22 | Pistol | .22 |
| IDCI | J.A.T-380 | Frame | .380 |
| IDCI | J.A.T-380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| Jimenez A | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |

ATF0860

| | | | |
|---|---|---|---|
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |

ATF0861

| | IDCI | J.A.380 | Frame | .380 |
|---|---|---|---|---|
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |
| | IDCI | J.A.380 | Frame | .380 |

ATF0862

Original

| IDCI | J.A.380 | Frame | .380 |
|------|---------|-------|------|
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |

ATF0863

| | | | |
|---|---|---|---|
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.380 | Frame | .380 |
| IDCI | J.A.NINE | Frame | 9MM |
| Jimenez A | J.A.NINE | Pistol | 9MM |
| IDCI | J.A.NINE | Frame | 9MM |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| IDCI | J.A.22 | Frame | .22 |
| Jennings A | Bryco 38' | Pistol | .380 |
| Jennings F | Model 38' | Pistol | .380 |

ATF0864

Original



| | | | |
|---|---|---|---|
| Jennings F | Model 48 | Pistol | .380 |
| Bryco | Jennings | Pistol | .22 |
| Jennings | J22 | Pistol | 0.22 |
| Jennings F | Bryco 59 | Pistol | 9MM |

ATF0865

| From: | Han, Jonathan J. |
|---|---|
| To: | monique jimenez |
| Subject: | Discontinuance Form |
| Date: | Friday, March 27, 2020 2:12:00 PM |
| Attachments: | image001.png |
| | image002.jpg |
| | Discontinuance Notice Signed Jimenez.pdf |

Hey Monique,

I hope everything is well.  Attached is the form Paul signed yesterday.  Can you send me a full copy of the 4473 we executed yesterday?  I need them to close the case.  Also, can you send me a picture of the license certificate and mail it to me?

Thank you!

**Jonathan J. Han**

Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Francisco Field Division/ Las Vegas III Field Office
Office: ███████████
Cell: ███████████

**From:** monique jimenez ███████████████████
**Sent:** Thursday, March 26, 2020 10:24 AM
**To:** Han, Jonathan J. ███████████████
**Subject:** JA Inc Open Inventory



**U.S Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

*ATF Headquarters*

99 New York Avenue NE
Washington, DC 20226
www.atf.gov

March 26, 2020

JIMENEZ ARMS INC
7380 EASTGATE ROAD SUITE 150
HENDERSON , NV   89011
9-88-00873

Please consider the above listed License/Permit to be discontinued. I am no longer engaged in the type of activity which required the License/Permit. This discontinuance notice is submitted voluntarily.

| Full Name | Signature | Title | Date |
|---|---|---|---|
| PAUL JUAN JIMENEZ | *Paul Jimenez* | PRESIDENT | 03/26/2020 |

ATF0867

| | |
|---|---|
| **From:** | Williams, Elizabeth M. |
| **To:** | Han, Jonathan J. |
| **Subject:** | RE: for your review sista! |
| **Date:** | Friday, March 27, 2020 5:03:23 PM |
| **Attachments:** | image001.png |
| | image003.jpg |
| | Jimenez Illegal Firearms SAR Narrative.docx |

Lol! You've given me plenty of cookies and snacks throughout the last 9+ years!  No IOU needed.

Great report Jon!

**Elizabeth M. Williams**
ATF Industry Operations Investigator
Las Vegas III (IO) Field Office
Direct: (███████████
Email: ████████████████████

**From:** Han, Jonathan J. ████████████████
**Sent:** Friday, March 27, 2020 1:54 PM
**To:** Williams, Elizabeth M. ████████████████
**Subject:** for your review sista!

Sorry no cookies sista.  Just IOUs ☺

***Jonathan J. Han***
Industry Operations Investigator
Bureau of Alcohol, Tobacco, Firearms and Explosives
San Francisco Field Division/ Las Vegas III Field Office
Office: ████████████
Cell: ████████████

On March 26, 2020, Industry Operations Investigator (IOI) Jonathan Han and Area Supervisor (AS) Clint Thompson arrived at Nellis Auction located in Las Vegas, Nevada to assist Federal Firearms Licensee, Jimenez Arms Inc. (FFL# 9-88-00873) with the discontinuance of business process. At Nellis Auction located at 7440 Dean Martin Dr., Ste 204, Las Vegas, NV 89139, IOI Han met with Paul Jimenez ████████████████ ), Responsible Person (RP) of Jimenez Arms Inc. and William Holland (████████████████ ), Representative of Nevada District Court Receiver.

Jimenez Arms Inc. filed for bankruptcy with Nevada District Court. The remaining firearms inventory was transferred to the bankruptcy court representative, Holland. Prior to executing ATF Form 4473, Firearms Transaction Record, IOI Han and AS Thompson conducted a physical inventory of the firearms being transferred to the bankruptcy court. During the physical inventory, IOI Han identified two illegal firearms located inside a box labeled "ATF." Jimenez stated that the two illegal firearms were reported to ATF and awaiting a pick up from ATF personnel. The details (see attached pictures) of the illegal firearms are the following:

Firearm 1

Manufacturer: Jennings
Model: J-22
Caliber: .22
SN: Completely filed off

Firearm 2

Manufacturer: Jimenez Arms
Model: JA-22
Caliber: .22
SN: 1126376 (with scratches)

The two illegal firearms are currently in possession of Holland, the representative of the bankruptcy court. Holland stated that he would secure the two firearms until ATF personnel are available to seize them. Holland provided the following contact information:

William Holland
Nevada District Court Receiver
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
████████████ Office
████████████ Cellular

| | |
|---|---|
| **From:** | Thompson Clint R. |
| **To:** | SF-OIGC |
| **Cc:** | Kim Tae-Kyun; Huskey James A.; Han Jonathan J. |
| **Subject:** | FW: Industry Operations Report of Suspicious Activity(SUS-2328) |
| **Date:** | Friday, March 27, 2020 5 50 59 PM |
| **Attachments:** | Altered SN Pics.pdf |
| | Obliterated SN pics.pdf |

Yesterday the Bankruptcy Court Representative (Williams Holland) took possession of the Jimenez Arms, Inc. remaining firearms inventory. IOI Han and I conducted a complete inventory and came across these firearms. Currently the firearms are stored at Nellis Auctions in a room that only Mr. Holland has access to. I would recommend that the firearms be retrieved as soon as possible as Mr. Holland has been instructed by the court to liquidate the inventory. Mr. Holland is aware that these two firearms have been illegally altered and he has set them aside to be turned over to ATF.

Let me know if you have any questions or if you require our assistance.

Thanks,

Clint

This report of suspicious activity is being sent to you for evaluation. Note: You must notify the sender of this information after it is closed or transferred (see information below). The information below may relate to suspicious activity discovered during the course of an ATF Inspection. If you have questions please contact the person listed below.

Industry Operations Investigator : Jonathan Han
Field Office: San Francisco Field Division
Phone: ▮
Email: ▮

Type of Suspicious Activity: Prohibited Person – Firearms

Dates of Occurrence: 3/26/2020

Synopsis: Illegal firearms located during FFL assist

Persons(s):

Paul Jimenez
William Holland

Location:

7440 Dean Martin Dr Unit N/A , Las Vegas, Nevada 89139

Narrative:

On March 26, 2020, Industry Operations Investigator (IOI) Jonathan Han and Area Supervisor (AS) Clint Thompson arrived at Nellis Auction located in Las Vegas, Nevada to assist Federal Firearms Licensee, Jimenez Arms Inc. (FFL# 9-88-00873) with the discontinuance of business process. At Nellis Auction located at 7440 Dean Martin Dr., Ste 204, Las Vegas, NV 89139, IOI Han met with Paul Jimenez (▮▮▮▮), Responsible Person (RP) of Jimenez Arms Inc. and William Holland (▮▮▮▮▮▮), Representative of Nevada District Court Receiver.

Jimenez Arms Inc. filed for bankruptcy with Nevada District Court. The remaining firearms inventory was transferred to the bankruptcy court representative, Holland. Prior to executing ATF Form 4473, Firearms Transaction Record, IOI Han and AS Thompson conducted a physical inventory of the firearms being transferred to the bankruptcy court. During the physical inventory, IOI Han identified two illegal firearms located inside a box labeled "ATF." Jimenez stated that the two illegal firearms were reported to ATF and awaiting a pick up from ATF personnel. The details (see attached pictures) of the illegal firearms are the following:

Firearm 1

Manufacturer: Jennings

Model: J-22

Caliber: .22

SN: Completely filed off


Firearm 2


Manufacturer: Jimenez Arms

Model: JA-22

Caliber: .22

SN:  1126376 (with scratches)


The two illegal firearms are currently in possession of Holland, the representative of the bankruptcy court.  Holland stated that he would secure the two firearms until ATF personnel are available to seize them.  Holland provided the following contact information:


William Holland

Nevada District Court Receiver

2850 S. Jones Blvd., Suite 1

Las Vegas, Nevada  89146

█████████  Office

█████████  Cellular

Research Method(s):

| Completed Date | Type | Description | Results |
|---|---|---|---|
| No items | | | |

---

**After the Report of Suspicious Activity is Closed:**

1. Click here to open a new email.  The new email will automatically include the ATF employee's email address in the "To" line.
2. Verify the subject line contains the ID Number (SUS-2328 )
3. Copy one of the below statuses that pertains to the information and paste it into the body of the email.
   a. Closed – No further action (Note:  If you choose this, you must provide a reason)
   b. Sent to Criminal Enforcement
   c. Closed – Intelligence Product Created
4. Ensure your email contains the ID number (SUS-2328)  number in the subject line and outcome of the information in the body of the email.
5. Click "send" to send your email regarding the outcome.


ATF0871





ATF0872



# JIMENEZ ARMS, INC.

MANUFACTURERS OF AFFORDABLE FIREARMS

7390 Eastgate Rd. Suite 150
Henderson, NV 89011
Phone: (702) 566-5937
Fax: (702) 566-0724
FFL #9-88-003-07-1H-00873  Expires: 8/1/2021

## Service Work Order

Page 1 of 1

| | |
|---|---|
| Service Order #: | NV207512 |
| Service Order Date: | 12/3/2018 |
| Ship Date: | |

| Customer | Dealer |
|---|---|
| | Sport About Of Haskell |
| | 402 N 1st |
| | Haskell, TX 79521-0000 |
| | Phone: (940) 864-3891 |
| | FFL #: 5-75-207-01-9A-31934 |
| | FFL Expires: 1/1/2019 |

## Services

| Serial # | Service Type | Type | Model/Color | Replacement Serial # | Under Warr. | Rate | Qty |
|---|---|---|---|---|---|---|---|
| 1126376 | Service | Pistol | J.A.22/Satin Chrome | | No | $0.00 | 1 |
| 1b/0k/0i/1m/won't cock(HOLD FOR ATF) | | | | | | | |

ATF0873

Sport About of Haskell
402 N 1st Street
Haskell, Texas 79521

TO: JIMENEZ

FROM: SPORT ABOUT
402 N. 1st
HASKELL TX 79521

JIMENEZ JA22 22LR

SER# 1126376

WON'T COCK

THANKS



ATF0874



7390 EASTGATE RD

HENDERSON NV 89011–4024

P: RED    S:    FN

**501 – 5000**

K260899.6703

SHIPMENT FROM

UPS ACCOUNT NO.

REFERENCE NUMBER

*COMPAS Fuell*    TELEPHONE  9K 243 40

*FORT Annet*

*407 N 1st*

*Hattiell 1. 79071*

UPS Ground    S.D.P.

DELIVERY TO

TELEPHONE  877 241 9838

*JIMENEZ ARMS*

*390 EASTGATE RD # 150*

*HANDELSON NV 89011*

K260 899 6703

United Parcel Service, Louisville, KY

SIGNAL GHT
LARGE PACKAGE
SHIPPER RELEASE

ATF0875



ATF0876



# Service Work Order

Page 1 of 1

## JIMENEZ ARMS, INC.
MANUFACTURERS OF AFFORDABLE FIREARMS

7390 Eastgate Rd. Suite 150
Henderson, NV 89011
Phone:     (702) 566-5937
Fax:       (702) 566-0724
FFL #9-88-003-07-8H-00873   Expires: 8/1/2018

**Service Order #:** NV206403
**Service Order Date:** 4/24/2018
**Ship Date:**

| Customer | Dealer |
|---|---|
| *Waiting ATF!* | Jones, Claude L<br>100 North 4TH<br>Lamar, CO 81052<br>Phone: 7196684180<br>FFL #: 5-84-099-07-9J-07182<br>FFL Expires: 9/1/2019 |

### Services

| Serial # | Service Type | Type | Model/Color | Replacement Serial # | Under Warr. | Rate | Qty |
|---|---|---|---|---|---|---|---|
| ****** | Service | Pistol | Jennings J-22/Polish Black | | No | $0.00 | 1 |

Serial number scratched off.

ATF0877



Handwritten on the label:

From
Claude Jones
File in the Hole
100 north Fourth
Lamar Co. 81052

TO Jimenez Arms
7590 EastGate Rd. STE. 150
Henderson NV. 89011
ATTN: Service

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

USPS TRACKING NUMBER

9605 5114 6292 8110 1474 73

Expected Delivery Day: 04/23/2018

U.S. POSTAGE
PAID
LAMAR CO
$9.85

ATF0878



**Federal Firearms License**
**(18 U.S.C. Chapter 44)**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51. See "WARNINGS" and "NOTICES" on reverse.

Direct ATF
Correspondence To

ATF – Chief, FFLC
244 Needy Road
Martinsburg, WV 25405-9431

Chief, Federal Firearms Licensing Center (FFLC)

*Tracy Robertson*

| License Number | 5-84-099-07-9J-07182 |
| Expiration Date | September 1, 2019 |

Name
JONES, CLAUDE L

Premises Address (Changes? Notify the FFLC at least 30 days before the move.)
100 NORTH 4TH
LAMAR, CO 81052-

Type of License
07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

**Purchasing Certification Statement**

The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

*Claude Jones*
Licensee/Responsible Person Signature

*Owner*
Position/Title

Claude Jones
Printed Name

Date

Mailing Address (Changes? Notify the FFLC of any changes.)

JONES, CLAUDE L
P O BOX 69
LAMAR, CO 81052-

ATF0879

| | |
|---|---|
| **From:** | Kim, Tae-Kyun |
| **To:** | Loudermilk, Christopher D. |
| **Cc:** | Han, Jonathan J. |
| **Subject:** | Fwd: Industry Operations Report of Suspicious Activity(SUS-2328) |
| **Date:** | Friday, March 27, 2020 8:06:59 PM |
| **Attachments:** | Altered SN Pics.pdf |
| | ATT00001.htm |
| | Obliterated SN pics.pdf |
| | ATT00002.htm |

Chris,

Pls F/U and handle below IOI referral when feasible

Per IOI, the aforementioned FAs were shipped to them as repairs  When the FFL opened up the box, they noticed the obliterated SN and supposedly contacted ATF

Thanks

Tae-Kyun Kim (TK)
Special Agent
ATF - Las Vegas I Field Office
C: ▮▮▮▮▮▮▮▮▮

Begin forwarded message:

**From:** "Thompson, Clint R " ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** March 27, 2020 at 2:50:58 PM PDT
**To:** SF-CGIC ▮▮▮▮▮▮▮▮▮▮ >
**Cc:** "Kim, Tae-Kyun ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , "Huskey, James A " ▮▮▮▮▮▮▮▮▮▮▮▮ , "Han, Jonathan J "
**Subject: FW: Industry Operations Report of Suspicious Activity(SUS-2328)**

Yesterday the Bankruptcy Court Representative (Williams Holland) took possession of the Jimenez Arms, Inc. remaining firearms inventory. IOI Han and I conducted a complete inventory and came across these firearms. Currently the firearms are stored at Nellis Auctions in a room that only Mr. Holland has access to. I would recommend that the firearms be retrieved as soon as possible as Mr. Holland has been instructed by the court to liquidate the inventory. Mr. Holland is aware that these two firearms have been illegally altered and he has set them aside to be turned over to ATF.

Let me know if you have any questions or if you require our assistance.

Thanks,

Clint

This report of suspicious activity is being sent to you for evaluation   Note:  You **must** notify the sender of this information after it is closed or transferred (see information below)  The information below may relate to suspicious activity discovered during the course of an ATF Inspection   If you have questions please contact the person listed below

Industry Operations Investigator : Jonathan Han
Field Office: San Francisco Field Division
Phone:
Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Type of Suspicious Activity: Prohibited Person – Firearms

Dates of Occurrence:  3/26/2020

Synopsis: Illegal firearms located during FFL assist

Persons(s):

Paul Jimenez
William Holland

Location:

7440 Dean Martin Dr Unit N/A , Las Vegas, Nevada 89139

Narrative:

On March 26, 2020, Industry Operations Investigator (IOI) Jonathan Han and Area Supervisor (AS) Clint Thompson arrived at Nellis Auction located in Las Vegas, Nevada to assist Federal Firearms Licensee, Jimenez Arms Inc  (FFL# 9-88-00873) with the discontinuance of business process   At Nellis Auction located at 7440 Dean Martin Dr , Ste 204, Las Vegas, NV 89139, IOI Han met with Paul Jimenez ▮▮▮▮▮▮▮▮▮▮▮ ), Responsible Person (RP) of Jimenez Arms Inc  and William Holland ( ▮▮▮▮▮▮▮▮▮▮ ), Representative of Nevada District Court Receiver

Jimenez Arms Inc  filed for bankruptcy with Nevada District Court   The remaining firearms inventory was transferred to the bankruptcy

court representative, Holland   Prior to executing ATF Form 4473, Firearms Transaction Record, IOI Han and AS Thompson conducted a physical inventory of the firearms being transferred to the bankruptcy court   During the physical inventory, IOI Han identified two illegal firearms located inside a box labeled "ATF "  Jimenez stated that the two illegal firearms were reported to ATF and awaiting a pick up from ATF personnel   The details (see attached pictures) of the illegal firearms are the following:

<u>Firearm 1</u>

Manufacturer:  Jennings

Model:  J-22

Caliber:   22

SN:  Completely filed off


<u>Firearm 2</u>


Manufacturer:  Jimenez Arms

Model:  JA-22

Caliber:   22

SN:  1126376 (with scratches)


The two illegal firearms are currently in possession of Holland, the representative of the bankruptcy court   Holland stated that he would secure the two firearms until ATF personnel are available to seize them   Holland provided the following contact information:


William Holland

Nevada District Court Receiver

2850 S  Jones Blvd , Suite 1

Las Vegas, Nevada  89146

 Office

 Cellular

<u>Research Method(s):</u>

| **Completed Date** | Type | Description | Results |
|---|---|---|---|
| No items | | | |

---

**After the Report of Suspicious Activity is Closed:**

1  Click <u>here</u> to open a new email   The new email will automatically include the ATF employee's email address in the "To" line
2  Verify the subject line contains the ID Number (SUS-2328 )
3  Copy one of the below statuses that pertains to the information and paste it into the body of the email
    a  Closed – No further action (Note:  If you choose this, you must provide a reason)
    b  Sent to Criminal Enforcement
    c  Closed – Intelligence Product Created
4  Ensure your email contains the ID number (SUS-2328)  number in the subject line and outcome of the information in the body of the email
5  Click "send" to send your email regarding the outcome







# JIMENEZ ARMS, INC.
MANUFACTURERS OF AFFORDABLE FIREARMS

7390 Eastgate Rd. Suite 150
Henderson, NV 89011
Phone: (702) 566-5937
Fax: (702) 566-0724
FFL #9-88-003-07-1H-00873  Expires: 8/1/2021

## Service Work Order
Page 1 of 1

Service Order #:  NV207512
Service Order Date:  12/3/2018
Ship Date:

| Customer | Dealer |
|---|---|
| | Sport About Of Haskell<br>402 N 1st<br>Haskell, TX 79521-0000<br>Phone: (940) 864-3891<br>FFL #: 5-75-207-01-9A-31934<br>FFL Expires: 1/1/2019 |

## Services

| Serial # | Service Type | Type | Model/Color | Replacement Serial # | Under Warr. | Rate | Qty |
|---|---|---|---|---|---|---|---|
| 1126376 | Service | Pistol | J.A.22/Satin Chrome | | No | $0.00 | 1 |
| 1b/0k/0l/1m/won't cock(HOLD FOR ATF) | | | | | | | |

ATF0883

ATF0884

Sport About of Haskell
402 N 1st Street
Haskell, Texas 79521

TO: JIMENEZ

FROM. SPORT ABOUT
402 N. 1st                    940-864-~~8885~~
                                            $891
HASKELL TX 79521

JIMENEZ JA22 22LR

SER# 1126376

WON'T COCK

THANKS
[signature]



7390 EASTGATE RD

HENDERSON NV 89011-4024

P: RED          S:
**501 – 5000**

K260899670B

UPS Ground          S.D.P.

K260 899 6703

United Parcel Service, Louisville, KY

SHIPMENT FROM
UPS
ACCOUNT
NO.
REFERENCE NUMBER

TELEPHONE          9K 364 3 4,

DELIVERY TO          TELEPHONE          877 241 9838

TIMENEZ ARMS
890 EASTGATE RD #150
HENDERSON NV 89011

SIONAL
GHT          LARGE          SHIPPER
          PACKAGE          RELEASE

ATF0885



ATF0886



# JIMENEZ ARMS, INC.

MANUFACTURERS OF AFFORDABLE FIREARMS

7390 Eastgate Rd. Suite 150
Henderson, NV 89011
Phone:    (702) 566-5937
Fax:      (702) 566-0724
FFL #9-88-003-07-8H-00873  Expires: 8/1/2018

# Service Work Order

Page 1 of 1

Service Order #:      NV206403
Service Order Date:   4/24/2018
Ship Date:

| Customer | Dealer |
|---|---|
| *Waiting ATF!* | Jones, Claude L<br>100 North 4TH<br>Lamar, CO 81052<br>Phone: 7196684180<br>FFL #: 5-84-099-07-9J-07182<br>FFL Expires: 9/1/2019 |

## Services

| Serial # | Service Type | Type | Model/Color | Replacement Serial # | Under Warr. | Rate | Qty |
|---|---|---|---|---|---|---|---|
| ****** | Service | Pistol | Jennings J-22/Polish Black | | No | $0.00 | 1 |

Serial number scratched off.

ATF0887



Expedited Delivery Day: 04/23/2018

USPS TRACKING NUMBER

9605 5114 6292 8110 1474 73

PRIORITY MAIL
UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
LAMAR CO
APR 20 18
AMOUNT
$9.85
R2304B12042D-03

1006    89011

From Clarde Jones
File in the Hole
100 north fourth
Lamar Co. 81052

TO Jimenez Arms
7590 East Gate Rd. STE. 150
Henderson NV. 89011
ATTN Service

Label 228, January 2016

ATF0888



**Federal Firearms License**
**(18 U.S.C. Chapter 44)**

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

In accordance with the provisions of Title I, Gun Control Act of 1968, and the regulations issued thereunder (27 CFR Part 478), you are licensed to engage in the business specified in this license, within the limitations of Chapter 44, Title 18, United States Code, and the regulations issued thereunder, until the expiration date shown. THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 478.51. See "WARNINGS" and "NOTICES" on reverse.

Direct ATF
Correspondence To

ATF – Chief, FFLC
244 Needy Road
Martinsburg, WV 25405-9431

License
Number

5-84-099-07-9J-07182

Chief, Federal Firearms Licensing Center (FFLC)

*Tracy Robertson*

Expiration
Date

September 1, 2019

Name

JONES, CLAUDE L

Premises Address (Changes? Notify the FFLC at least 30 days before the move.)

100 NORTH 4TH
LAMAR, CO 81052-

Type of License

07-MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES

Purchasing Certification Statement

The licensee named above shall use a copy of this license to assist a transferor of firearms to verify the identity and the licensed status of the licensee as provided by 27 CFR Part 478. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Firearms Licensee (FFL) or a responsible person of the FFL. I certify that this is a true copy of a license issued to the licensee named above to engage in the business specified above under "Type of License."

Mailing Address (Changes? Notify the FFLC of any changes.)

JONES, CLAUDE L
P O BOX 69
LAMAR, CO 81052-

*Claude Jones*
Licensee/Responsible Person Signature

*Owner*
Position/Title

Claude Jones
Printed Name

Date

ATF0889