***Everytown for Gun Safety, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives,***
**1:20-cv-00376 (S.D.N.Y.)**

**Privilege Log to Administrative Record**

Codes used to indicate privilege asserted (column 2):

**PII** – Personally Identifiable Information. Disclosure of PII would constitute unwarranted invasions of privacy, could create safety concerns and would not provide any added benefit to the litigation of these matters. Disclosure of emails and phone numbers of ATF employees could create cyber security threats to both employees and ATF as a whole.

**LE** – Law Enforcement Privilege-includes information regarding operational plans, investigative methods and enforcement techniques which, if released, would compromise the integrity of ongoing and future ATF inspections and investigations, will harm ATF's ongoing and future law enforcement and regulatory activities, be detrimental to ATF's operations, and allow licensees to circumvent the applicable laws and regulations related to inspections and licensing.

**Trace Data-** Beginning in 2003, the Tiahrt Amendment placed appropriations restrictions on ATF's disclosure of trace information. The trace data restrictions mandate that ATF can only provide trace data to a law enforcement agency or a prosecutor solely in connection with a bona fide criminal investigation or prosecution, and then only such information as pertains to their geographic jurisdiction. The Amendment also provides that ATF trace data cannot be used in testimony and exhibits in third party civil actions.

Public Law 112-55 (125 Stat. 552) reads in pertinent part:

> "That, during the current fiscal year and in each fiscal year thereafter, no funds appropriated under this or any other Act may be used to disclose part or all of the contents of the Firearms Trace System database maintained by the National Trace Center of the Bureau of Alcohol, Tobacco, Firearms and Explosives or any information required to be kept by licensees pursuant to section 923(g) of title 18, United States Code, or required to be reported pursuant to paragraphs (3) and (7) of such section, except to: (1) a Federal, State, local, or tribal law enforcement agency, or a Federal, State, or local prosecutor; or (2) a foreign law enforcement agency solely in connection with or for use in a criminal investigation or prosecution; or (3) a Federal agency for a national security or intelligence purpose; unless such disclosure of such data to any of the entities described in (1), (2) or (3) of this proviso would compromise the identity of any undercover law enforcement officer or confidential informant, or interfere with any case under investigation; and no person or entity described in (1), (2) or (3) shall knowingly and publicly disclose such data; and all such data shall be immune from legal process, shall not be subject to subpoena or other discovery, shall be inadmissible

in evidence, and shall not be used, relied on, or disclosed in any manner, nor shall testimony or other evidence be permitted based on the data, in a civil action in any State (including the District of Columbia) or Federal court or in an administrative proceeding other than a proceeding commenced by the Bureau of Alcohol, Tobacco, Firearms and Explosives to enforce the provisions of chapter 44 of such title, or a review of such an action or proceeding"

Acquisition and disposition (A&D) logs, theft/loss reports, and Trace Reports are based and derived from information required to be kept by a Federal Firearms Licensee (FFL) pursuant to 18 U.S.C. § 923(g). As such, and through the language of P.L.112-55, Congress has expressly prohibited ATF from releasing such documents to the public and made them ultimately immune from legal process. The purpose of the redactions is to prevent the disclosure of records that ATF is expressly prohibited from releasing to the public.

| PAGE #s | PRIVILEGE(S) ASSERTED | DOCUMENT/REDACTION DESCRIPTION |
|---------|----------------------|--------------------------------|
| 0001-2  | PII                  | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses |
| 0006-7  | PII                  | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0017    | PII                  | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0023    | PII                  | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0027    | PII                  | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | | addresses. |
|---|---|---|---|
| 0028 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0029 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0033-34 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0036 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0038-42 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0044-45 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0053 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0055 | PII | | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, |

| | | driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|------|-----|---|
| 0057 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0058 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0061 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0063 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0067 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0068 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0072 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0073 | PII | Personally Identifiable Information has been |

| | | redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0074 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0088-89 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0093 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0095 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0097 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0101 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0102 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | addresses. |
|---|---|---|
| 0105 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0107 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0108 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0123 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0127 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0131 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0142-144 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports. |
| 0149-150 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0152-153 | PII | Personally Identifiable Information has been |

| | | |
|---|---|---|
| | | redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0177-178 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0179-0182 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports. |
| 0186 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports. |
| 0189 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0196 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0199 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0203 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0207 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, |

| | | driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0209 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports. |
| 0210 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0213-214 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and  firearms Trace Reports. |
| 0218 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0219 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0220 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0221 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0223 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | addresses. |
|---|---|---|
| 0225 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0227 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0229 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0230-231 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0233-234 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0238-243 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0248-253 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0257 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0260 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0261 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, |

| | | driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0265 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0269 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0272-281 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0287-292 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0294 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0302 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0307 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0308 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | addresses. |
|---|---|---|
| 0309 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0312 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0342-346 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0349 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0351-377 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0416-425 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0427 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0428-429 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0431 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| -432 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0434-471 | Trace Data | Trace data subject to the Tiahrt Amendment has |

| | | been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
|---|---|---|
| 0481 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0492 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0499-500 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0501 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0503 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0509-510 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0511 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0515 | PII | Personally Identifiable Information has been |

| | | redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0537 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0538 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0539 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0544 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0549 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0550 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0552 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | addresses. |
|---|---|---|
| 0583 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0585 | Trace Data | Trace data subject to the Tiahrt Amendment has been redacted to include, acquisition and disposition (A&D) logs, theft/loss reports and firearms Trace Reports |
| 0590 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0592 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0594 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0601 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0602-603 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0605 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0606 | PII | Personally Identifiable Information has been |

| | | redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0626-627 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0662 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0664 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0665 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0667 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0669 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0671 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail |

| | | addresses. |
|---|---|---|
| 0672 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0674 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0676 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0678 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0679 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0681 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0683 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0691-692 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, |

| | | driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| 0693 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0695 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0698 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0699 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0700-701 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0710 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| 0711 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0712- | LE | Law enforcement sensitive information that was |

| | | |
|---|---|---|
| 0725 | | compiled for law enforcement purposes including, information ATF considers when issuing warning letters and warning conferences and factors ATF considers when processing federal firearms license applications and when investigating indications of hidden ownership. |
| ATF 0728-0746 | LE | Law enforcement sensitive information that was compiled for law enforcement purposes including, information ATF considers when issuing warning letters and warning conferences and factors ATF considers when processing federal firearms license applications and when investigating indications of hidden ownership. |
| ATF 0758-0765 | LE | Law enforcement sensitive information that was compiled for law enforcement and regulatory purposes including information ATF considers when granting or denying federal firearms licenses and the procedures for such license grants and denials. |
| ATF 0767-0769 | LE | Law enforcement sensitive information that was compiled for law enforcement and regulatory purposes including information ATF considers when granting or denying federal firearms licenses and the procedures for such license grants and denials. |
| ATF 0771-0782 | LE | Law enforcement sensitive information that was compiled for law enforcement and regulatory purposes including information ATF considers when granting or denying federal firearms licenses and the procedures for such license grants and denials. |
| ATF 0785-0810 | LE | Law enforcement sensitive information that was compiled for law enforcement and regulatory purposes including information ATF considers when granting or denying federal firearms licenses and the procedures for such license grants and denials. |
| ATF 0822-0835 | LE | Law enforcement sensitive information that was compiled for law enforcement and regulatory purposes including information ATF considers when granting or denying federal firearms licenses and the procedures for such license grants and denials. |
| ATF 0836-0848 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0850-0865 | Trace Data | List of firearms inventory that includes trace data subject to the Tiahrt Amendment has been redacted. |

| ATF 0866 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| ATF 0868-0871 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0880-0881 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0890-0891 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0893-0895 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0900-0917 | Trace Data | List of firearms inventory that includes trace data subject to the Tiahrt Amendment has been redacted. |
| ATF 0918 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0921 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0924-0925 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of |

| | | birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| ATF 0927 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0929-0938 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0941 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0975-0981 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0984-0990 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0992-0993 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 0995 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |

| ATF 0997 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
|---|---|---|
| ATF 0999-1000 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 1002 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 1004-1007 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 1009-1010 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 1012 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |
| ATF 1014-1016 | PII | Personally Identifiable Information has been redacted to include, social security numbers, dates of birth, employer identification numbers, addresses, driver's license numbers, credit card numbers, ATF employee phone numbers, and ATF employee e-mail addresses. |