UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERYTOWN FOR GUN SAFETY SUPPORT FUND, THE CITY OF KANSAS CITY, MISSOURI and THE STATE OF ILLINOIS,

                                 Plaintiffs,

-against-

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; and REGINA LOMBARDO, in her official capacity as ACTING DIRECTOR of Bureau of Alcohol, Tobacco, Firearms and Explosives,

                                 Defendants.

No. 1:21-cv-00376-ALC

NOTICE OF MOTION

ORAL ARGUMENT REQUESTED

---

      PLEASE TAKE NOTICE that, upon Plaintiffs' Local Rule 56.1 Statement, the accompanying memorandum of law and the Declaration of Aaron Esty, executed August 12, 2021, with exhibits thereto, Plaintiffs Everytown for Gun Safety Support Fund; the City of Kansas City, Missouri; and the State of Illinois move this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, before the Honorable Andrew L. Carter, Jr., for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Plaintiffs on each of their claims for relief, and granting such other relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order dated April 26, 2021, Plaintiffs' Local Rule 56.1 Statement and memorandum of law shall be filed under seal, and redacted versions shall be filed on the public docket.

1

August 13, 2021

          CRAVATH, SWAINE & MOORE LLP,

    by

      /s/ Benjamin Gruenstein
        Benjamin Gruenstein
        Sharonmoyee Goswami
        Samantha Hall
        Joseph H. Margolies

        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000
          bgruenstein@cravath.com
          sgoswami@cravath.com
          shall@cravath.com
          jmargolies@cravath.com

        EVERYTOWN LAW

        Alla Lefkowitz

        P.O. Box #14780
        Washington, D.C. 20044
        (202) 545-3257 ext. 1007
          alefkowitz@everytown.org

        Molly Thomas-Jensen
        Aaron Esty
        Ryan Gerber

        450 Lexington Ave.
        P.O. Box #4184
        New York, NY 10017
        (646) 324-8365
          mthomasjensen@everytown.org
          aesty@everytown.org
          rgerber@everytown.org

*Attorneys for Plaintiffs Kansas City, Missouri and Everytown for Gun Safety Support Fund*

KWAME RAOUL
Attorney General of Illinois

by   _____
             Kathryn Hunt Muse
        Office of the Attorney General

100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
Kathryn.Muse@ilag.gov

*Attorney for Plaintiff State of Illinois*