# Exhibit 3

 Alerts not yet Supported for this Docket

**CONVERTED, CLOSED**

# U.S. Bankruptcy Court
## Middle District of Florida (Jacksonville)
## Bankruptcy Petition #: 3:03-bk-04928-JAF

*Assigned to:* Jerry A. Funk
Chapter 7
Previous chapter 11
Voluntary
No asset

*Date filed:* **05/14/2003**
*Date converted:* 01/30/2007
*Date reopened:* 05/20/2010
*Date terminated:* 11/01/2010
*341 meeting:* 03/29/2007

*Debtor disposition:* Discharge Not Applicable

| | |
|---|---|
| **Debtor**<br>**Bryco Arms**<br>380 Clinton Street<br>Costa Mesa, CA 92626<br>ORANGE-FL<br>Tax ID / EIN: 88-0226292 | represented by **Robert Altman**<br>AFD<br>5256 Silver Lake Dr<br>Palatka, FL 32177-8524<br>386-325-4691<br>Email: robertaltman@bellsouth.net |
| **Trustee**<br>**Gordon P. Jones**<br>P O Box 600459<br>Jacksonville, FL 32260-0459<br>904-262-7373 | represented by **Jacob A. Brown**<br>Akerman LLP<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202<br>(904) 798-3700<br>Fax : (904) 798-3730<br>Email: jacob.brown@akerman.com |
| **U.S. Trustee**<br>**United States Trustee - JAX 11, 11**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301 | represented by **Jill E Kelso**<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801<br>(407) 648-6301<br>Fax : (407) 648-6323<br>Email: jill.kelso@usdoj.gov<br><br>**Charles R Sterbach**<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801<br>(407) 648-6301<br>Fax : (407) 648-6323<br>Email: Charles.R.Sterbach@usdoj.gov |
| **U.S. Trustee** | represented by **Scott E Bomkamp** |

| United States Trustee - JAX 11, 11 | United States Trustee |
|---|---|
| Office of the United States Trustee | 400 W. Washington Street |
| George C Young Federal Building | Suite 1100 |
| 400 West Washington Street, Suite 1100 | Orlando, FL 32801 |
| Orlando, FL 32801 | 407-648-6301 ext. 150 |
| 407-648-6301 | Email: scott.e.bomkamp@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2003 | 1 | Voluntary Petition under Chapter 11 *(R#109660 - $830.00)* Filed by Ned R. Nashban on behalf of Bryco Arms. Atty Disclosure Statement due 5/29/2003. Exhibit A to Petition due 5/29/2003. Schedules A-J due 5/29/2003. Statement of Financial Affairs due 5/29/2003. Summary of schedules due 5/29/2003. Chapter 11 Plan due by 9/11/2003 Disclosure Statement due by 9/11/2003 (SMITH, ROBERT) Additional attachment(s) added on 5/15/2003 (Michael S.). (Entered: 05/15/2003) |
| 05/14/2003 | 2 | List of 20 Largest Unsecured Creditors Filed by Ned R. Nashban on behalf of Debtor Bryco Arms. (ROBERT) (Entered: 05/15/2003) |
| 05/15/2003 | 3 | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines. Section 341(a) meeting to be held on 6/24/2003 at 01:00 PM at Jacksonville, FL - Suite 1-200, 300 North Hogan St.. (LARRY R.) (Entered: 05/15/2003) |
| 05/16/2003 | 4 | Order Authorizing Debtor-In-Possession to Operate Business. Signed on 5/16/2003 (LARRY R.) (Entered: 05/16/2003) |
| 05/16/2003 | 5 | Order to File All State and Federal Tax Returns and Pay Taxes When Due. Signed on 5/16/2003 (LARRY R.) (Entered: 05/16/2003) |
| 05/16/2003 | 6 | Order *of Retention of DIP*. Signed on 5/16/2003 (LARRY R.) (Entered: 05/16/2003) |
| 05/16/2003 | 7 | Notice of Deficient Filing. Schedules, Statement of Affairs, Disclosure of Compensation & Motion & Proposed Order to Retain Attorney. Compliance required no later than 5/21/2003. (LARRY R.) (Entered: 05/16/2003) |
| 05/16/2003 | 13 | Emergency Motion *for an Interim Order Authorizing and Approving PostPetition Unsecured Financing as an Administrative Expense Pursuant to Bankruptcy Code Sections 105(A), 364(B), and 503(B)(1)* Filed by Ned R. Nashban on behalf of Debtor Bryco Arms. (Michael S.) Modified on 5/21/2003 - Hearing held 5/19/03 - Motion granted - Order by Nashban (Exhibit 1 by Debtor) (Michael S.). (Entered: 05/21/2003) |
| 05/16/2003 | 14 | Emergency Motion *for Interim Order: (1) Authorizing Payment of Pre-Petition Wages, Salaries, and Employee Benefits; and (2) Directing all Banks to Honor Checks for Payment of Pre-Petition Employee Obligations* Filed by Ned R. Nashban on behalf of Debtor Bryco Arms. (Michael S.) |