# Exhibit 12

7/30/2021     Case 1:21-cv-00376-ALC    Document 39-13    Filed 08/13/21    Page 2 of 9     Firearms for Sale - Keel Mountain Munitions, LLC

The Wayback Machine - https://web.archive.org/web/20200924180505/http://www.kmmunitions.com/jimenez.html

# Keel Mountain Munitions, LLC

Like us on Facebook! 



- Home
- Firearms for Sale
- Accessories
- Firearm Services
- Targets
- Ordering Information
- Links
- Queries
- Customer Comments





## A quality firearm at a reasonable price!
### ALL Jimenez Arms pistols come with TWO MAGAZINES

Jimenez Arms firearms are *NOT APPROVED* for sale to the following states:
California    Hawaii    Maryland    Massachusetts    Minnesota

Jimenez Arms is back!! The new company, JA Industries LLC, will start shipping firearms in the coming weeks, starting with the JA Nine and the JA 380. I have already placed orders for both. The Jimenez Arms inventory I have in stock will continue to be sold at the discounted prices listed, new firearms from JA Industries will be full price.
**JA Industries WILL honor the Jimenez Arms lifetime warranty.**

As you may have heard, Jimenez Arms was forced to file for bankruptcy following a frivolous lawsuit filed by Kansas City that, despite Federal Law protecting firearms manufacturers, it is being allowed to proceed. The result of this is there is currently no manufacturer support or warranty repairs available for Jimenez Arms pistols. I have emailed with a representative of the company and they do expect to reopen but it is unknown when or in what capacity.

I have had several people ask what I am planning to do with my remaining inventory of Jimenez Arms pistols. I have decided to sell the on hand inventory at a discounted price after each pistol is test fired to verify function. All pistols will have at least 3 rounds fired with each magazine to ensure it is functioning properly.

**ALL** buyers will be required to sign a statement acknowledging they understand the situation, that there is no manufacturer warranty support, and all sales are final. There will be no credit/debit card sales for these firearms, cash or US Postal Service money order only. No other type of MO will be accepted.

**Jimenez Arms final sale agreement, <u>required</u> for every buyer of remaining inventory**



jimenez_final_sale_doc_03.pdf
Download File

**ALL prices listed reflect a discount for cash transactions,
add 4% for credit/debit cards.
Shipping on handguns will be a flat $25 each unless otherwise indicated.
I will combine shipping on multiple purchases.**



jimenez_arms_ammo_rec_02.pdf
Download File

**Jimenez Arms Recommended Ammunition List**

**Click on pictures for a larger image**

Examples of different finishes that may be available. Every finish may not be available for every model, stock is subject to manufacturer's production.

**The original finishes are no longer manufactured and limited only to stock on hand.**


Black


Duo Tone


Reverse Duo Tone


Satin


Polished Chrome


Duo Tone Polished Chrome




Cerakote Satin Aluminum


Cerakote Graphite Black


Cerakote Burnt Bronze


Cerakote Sniper Green


Cerakote Sniper Gray


Cerakote Desert Sand/Sniper Green

**Jimenez Arms Cerekote Colors, availability limited by manufacturer production. All colors may not be available at any specific time. Pistols may be solid color or have different Frame/Slide colors.**

CC - Cerekote Cobalt
CBG - Cerekote Graphite Black
CSA - Cerekote Satin Aluminum
CDS - Cerekote Desert Sand
CSG - Cerekote Sniper Green
CMB - Cerekote Midnight Bronze

CSP - Cerakote Sig Pink
CREB - Cerakote Robin's Egg Blue
CNRAB - Cerakote NRA Blue
CUR - Cerakote USMC Red
CBB - Cerakote Burnt Bronze
CBT - Cerakote Blue Titanium
CSGY - Cerakote Sniper Gray

CBP - Cerakote Bright Purple
CCY - Cerakote Corvette Yellow
CG - Cerakote Gold
CWP - Cerakote Wild Purple
CSG - Cerakote Sniper Grey
CHO - Cerakote Hunter Orange

---


Cerakote Sniper Green

**JA-22 Pistols are SOLD OUT**

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

### Jimenez Arms JA-22, .22LR Semi Auto, Cerakote Finish

The Jimenez Arms .22 L.R. is considered the most enjoyable of the current Jimenez Arms lineup. This pistol is designed to be not only visually appealing but a dream to shoot. As soon as you put a few downrange you'll notice the J.A. .22 L.R. easy recoil. This is a wonderful feature for those just getting into the sport of handgunning. This pistol is an excellent balance of looks, accuracy, comfort and price. Also, all Jimenez Arms firearms include a cocked indicator which allows bystanders as well as the shooter to visually confirm that the pistol is in its firing position.

**Model:** JA-.22LR
**Height:** 3.2 inches
**Thickness:** .875 inches
**Weight:** 13 Ounces
**Length:** 5 inches
**Barrel Length:** 2.5 inches
**Magazines:** 2
**Capacity:** 6-Rounds

http://jimenezarmsinc.com/22lr.htm

---

### Jimenez Arms JA-25, .25 Semi Auto

The Jimenez Arms .25 cal is considered the most enjoyable of the current Jimenez Arms lineup. This pistol is designed to be not only visually appealing but a dream to shoot. As soon as you put a few downrange you'll notice the J.A. 25 easy recoil. This is a wonderful feature for those just getting into the sport of handgunning. This pistol is an excellent balance of looks, accuracy, comfort and price. Also, all Jimenez Arms firearms include a cocked indicator which allows the shooter to visually confirm that the pistol is in its firing position.



JA 25 Ceralote Graphite Black

### JA-25 Pistols
### $115.00

ALL JA 25 pistols have been test fired and are ready for sale

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

**Model:** JA-25
**Height:** 3.2 inches
**Thickness:** .875 inches
**Weight:** 13 Ounces
**Length:** 5 inches
**Barrel Length:** 2.5 inches
**Magazines:** 2
**Capacity:** 6+1

**MSRP: $149**

http://jimenezarmsinc.com/25cal.htm

### Cerakote finish on hand:
### Graphite Black

---



JA 32 Black

**OUT OF STOCK**



JA 32 Satin

### Jimenez Arms JA-32, .32 Semi Auto, 6+1

The Jimenez Arms J.A. .32 is quite possibly one of the simplest, easiest to use and most comfortable compact .32's on the market today. Jimenez Arms includes such features as: a comfortable stance and an extended finger rest located at the bottom of the magazine. Other manufacturers offer this feature only on specialty clips at higher prices. Jimenez Arms, however, includes this feature at no extra cost. If you're in the market for a compact .32 and price, accuracy and comfort is a factor- the Jimenez Arms J.A. 32 is your solution.

**Model:** JA-.32
**Height:** 3.75 inches
**Thickness:** .960 inches
**Weight:** 19 Ounces
**Length:** 5.3 inches
**Barrel Length:** 2.75 inches
**Magazines:** 2
**Capacity:** 6+1

MSRP: $159.00

http://jimenezarmsinc.com/32.htm

### Finishes on hand:
### OUT OF STOCK

---



JA 380 Duo Tone

### Jimenez Arms JA-380, .380 Semi Auto

The Jimenez Arms J.A. .380 is quite possibly one of the simplest, easiest to use and most comfortable compact .380's on the market today. Jimenez Arms includes such features as: a comfortable stance and an extended finger rest located at the bottom of the magazine. Other manufacturers offer this feature only on specialty clips at higher prices. Jimenez Arms, however, includes this feature at no extra cost. If you're in the market for a compact .380 and price, accuracy and comfort is a factor- the Jimenez Arms J.A. 380 is your solution.

**Model:** JA-.380
**Height:** 3.75 inches
**Thickness:** .960 inches
**Weight:** 19 Ounces
**Length:** 5.3 inches

Barrel Length: 2.75 inches
Capacity: 6+1

http://jimenezarmsinc.com/380.htm

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

**ALL JA-380 pistols have been test fired and are ready for sale**

**Finishes on hand:**
**OUT OF STOCK**

---



**IN STOCK**



Cerakote Blue Titanium

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

**ALL JA T-380 pistols have been test fired and are ready for sale**

### Jimenez Arms J.A. T-380, .380 Semi Auto

New from Jimenez Arms, the J.A. T-380, based on the JA NINE and J.A. LC380 but in a slimmer package. Like the J.A. LC380, the J.A. T-380 has a easy to use massive screw adjustable rear sight which is adjustable for windage and elevation. Other, higher priced, pistols do not offer this kind of flexibility. The high visibility front sight is another great feature which adds to a highly effective sight pattern. These features make this pistol uncommonly accurate and a delight at the range.

**Model:** J.A. T-380
**Height:** 4.5 inches
**Thickness:** Less than 1 inch
**Weight:** 25.7 Ounces
**Length:** 6.625 inches
**Barrel Length:** 4 inches
**Magazines:** 2
**Capacity:** 7+1

**Finishes on hand:**
**Satin, Duo Tone, Reverse Duo Tone, $125.00**

---



Cerakote Graphite Black

**OUT OF STOCK**

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

### Jimenez Arms JA LC380, .380 Semi Auto

The flagship feature of the Jimenez Arms LC380 is its easy to use massive screw adjustable rear sight which is adjustable for windage and elevation. Other, higher priced, pistols do not offer this kind of flexibility. The high visibility front sight is another great feature which adds to a highly effective sight pattern. These features coupled with a last round slide hold open makes this pistol uncommonly accurate and a delight at the range.

**Model:** J.A. LC380
**Height:** 4.75 inches
**Thickness:** 1.25 inches
**Weight:** 30 Ounces
**Length:** 6.625 inches
**Barrel Length:** 3.75 inches
**Magazines:** 2
**Capacity:** 12+1

**MSRP:** $214.00

http://jimenezarmsinc.com/lc380.htm

**ALL JA LC380 pistols have been test fired and are ready for sale**

**Creakote finishes on hand:**
NONE

Buyers from magazine restricted states will receive 10-round magazines in place of the 12-round magazines that come with the JA LC-380 if available.

---



### Jimenez Arms JA NINE, 9MM Semi Auto

The flagship feature of the Jimenez Arms J.A. Nine is its easy to use massive screw adjustable rear sight which is adjustable for windage and elevation. Other, higher priced, pistols do not offer this kind of flexibility. The high visibility front sight is another great feature which adds to a highly effective sight pattern. These features coupled with a last round slide hold open makes this pistol uncommonly accurate and a delight at the range.

**Model:** JA Nine
**Height:** 4.75 inches
**Thickness:** 1.25 inches
**Weight:** 30 Ounces
**Length:** 6.625 inches
**Barrel Length:** 3.75 inches
**Magazines:** 2
**Capacity:** 12+1

**MSRP:** $214.00

http://jimenezarmsinc.com/janine.htm

**ALL SALES FINAL, READ NOTICE AT TOP OF PAGE**

**Cerakote finishes on hand:**
**OUT OF STOCK**

**ALL JA Nine pistols have been test fired and are ready for sale**

**Buyers from magazine restricted states will receive 10-round magazines in place of the 12-round magazines that come with the JA Nine if available.**

---





All Content Copyright 2012-2020 Keel Mountain Munitions LLC.

Create a free website with Weebly, http://www.weebly.com/link/Kldlzw



