Exhibit 13

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## ASSIGNMENT AND REPORT

| 1 OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 784060-2004-0078-B1B | | |
|---|---|---|---|
| Bryco Arms 380 Clinton Street Costa Mesa,CA 92626, Orange | 3. PERMIT/LICENSE NUMBER 933059079J34014 | 4a. TARGET DATE 7/30/2004 | 4b. TARGET HOURS |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

6. ATF OFFICER(S) ASSIGNED
(b) (6)  Lead Inspector

7. ASSIGNED BY (SIGNATURE, TITLE AND DATE)
(b) (6)  , A/S, 01/08/2004

8. PURPOSE/SPECIAL INSTRUCTIONS

Conduct compliance inspection.  This is a "focused" inspection mandated by BHQ.

See attached special instructions.

Be sure to complete WKS #11 and e-mail it to me.

Complete focused inspection worksheet and e-mail to Firearms & Explosives Branch.

| 9. INSPECTION RESULTS | CHECK IF NO VIOLATIONS, ADJUSTMENTS, ETC | | 10. TRAVEL EXPENSES (OPTIONAL) | |
|---|---|---|---|---|
| NO. OF VIOLATIONS | NO. OF REFERRALS | | 2111 - PER DIEM | |
| NO. OF TECS CHECKS | NO. OF TECS HITS | | 2112 - P.O.A. | |
| NO. OF TAX ADJUSTMENTS | $ VALUE OF TAX INCREASES | | 2113 - COMM. AIR | |
| | $ VALUE OF TAX DECREASES | | 2114 - RENTAL CAR | |
| NO. OF ASSESSMENTS | $ VALUE OF ASSESSMENTS | | 2115 - GPV EXPENSES | |
| NO. OF CLAIMS | $ VALUE OF CLAIMS | | 2116 - MISC. | |
| NO. OF TAX PERIODS | $ VALUE OF TAXES VERIFIED | | TOTAL $ FOR INSP. | |

11. ATF OFFICER'S RECOMMENDATION

Licensee is under a criminal investigation.

Focus Inspection Worksheet has been sent to Firearms Enforcement Branch.
Other

| 12. TIME ACCOUN | | (b) (6) |
|---|---|---|
| ATF OFFICER'S NAME  (MONTH, YEAR, HOURS) | (b) (6) | |
| MAY  2004 | 1.00 | |
| SEP  2004 | 1.00 | |
| ATF OFFICER'S SUBTOTAL | 2.00 | ATF OFFICER'S SIG |
| TOTAL HOURS | 2.00 | |

13. REVIEW AND

REVIEW COMMENTS AND RECOMMENDATION

*Inspection required or Lin time .*

| SIGNATURE AND T (b) (6) | SEE COMMENTS | FINAL DISPOSITION |
|---|---|---|
| | | REVIEW DATE 7/9/2004 |

ATF EF 5700.14 (10-98) For Official Use Only

**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## ASSIGNMENT AND REPORT

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 784060-2004-0078-B1B | | |
|---|---|---|---|
| Bryco Arms 380 Clinton Street Costa Mesa,CA 92625, Orange | 3. PERMIT/LICENSE NUMBER 933059079J34014 | 4a. TARGET DATE 7/30/2004 | 4b. TARGET HOURS |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

ROUTING SEQUENCE AND DATE

☑ 1. _PZS_____
☐ 2. _____
☐ 3. _____
☐ 4. _____

CONTROL FILE POSTED DATE _____

Bryco Arms                                    Santa Ana, CA
380 Clinton Street                            8/10/04
Costa Mesa, CA 92626

### *Summary and Recommendation*

Bryco Arms a manufacturer of firearms located in Costa Mesa, California, has been the
subject of a (b) (6), (b) (7)(C), (b) (7)(E)

**(b) (6), (b) (7)(C), (b) (7)(E)**

Bryco Arms is supposedly owned and operated by Janice Jennings. Ms. Jennings is the
former wife of Bruce Jennings. Bryco Arms Federal Firearms license has not been
renewed as of 9/1/99 and has been operating on a letter of continuing authority ever
since.

Recently, Bryco Arms had been sued successfully over the design of their firearms. The
lawsuits alleged that the firearms were designed with flaws that made them "unsafe", and
subsequently caused the injury of a child.  The lawsuits not only have caused Bryco to
file bankruptcy, but actually caused Bruce Jennings to admit that he controlled Bryco.

As it stands now, Bryco's former manager Paul Jimenez has applied for and received a
Federal Firearms license to conduct a manufacturer of firearms business at the same
location as Bryco. It is also believed that Paul Jimenez is working for Bruce Jennings as
well. Mr. Jimenez has not been able to take over the equipment or existing inventory due
to a bankruptcy ruling that the assets of Bryco must first go to auction.

Worksheet #11 Inspection Snapshot
**\*\*PLEASE ENSURE THAT <u>ALL</u> FIELDS ARE COMPLETED WITH AN ENTRY\*\***

1. Complete FFL Number 9-33059-07-9J-34014          2. Complete UI No. 784020-2004-0078
3. FFL Name Bryco Arms                              4. License Type 01/02
5. Type Of Inspection Compliance                    6. Field Division Los Angeles
7. Date Of Last Inspection                          8. Date Inspection Completed

9. FFL refused ATF's right of entry authority? N/A

10. Items in Section 12 left blank/completed with other than "YES" or "NO"? N/A

11. Items in Section 12 indicating sale to prohibited person but person was not prohibited? N/A

12. Items in Section B left blank but other evidence available indicating proper ID was obtained or NICS check was
    conducted (18a-18c, 19b & 21 as applicable)? N/A

13. FFL failed to obtain valid identification? N/A          Failure to obtain any I.D.? N/A

14. Did the FFL fail to perform any background checks (NICS or POC)? N/A

15. Did the FFL fail to report any multiple sales? N/A

16. Number of missing guns after reconciliation 0

17. Percentage of inventory missing after reconciliation 0   18. Was the threshold value met? N/A

19. Did the FFL have any unreported thefts/losses of firearms?  N/A

20. Was the FFL maintaining an A&D book?  N/A

21. Any instance of disposition in A&D book without a corresponding 4473? N/A

22. FFL missing executed ATF F 4473's? N/A

23. FFL failed to timely record A&D entries? N/A

24. Did the FFL improperly accept State permit as a substitute for NICS check? N/A

24. Did the FFL sell long guns to a resident of another State in violation of State laws? N/A

25. Did the FFL knowingly sell a firearm to a prohibited person, an underage person or, in the case of handguns, to an out
of State resident?  N/A

26. Has the responsible person attended a warning conference and repeat violations were uncovered? N/A

27. Did the FFL knowingly engaged in straw sale? N/A

28. FFL engaged in unlicensed activity? N/A     If yes, what activity?

29. Did the FFL knowingly falsify any records? N/A          29. Was report of violations issued? N/A

30. Recommendation No Further Action
Comments:Licensee is under a criminal investigation as well as a bankruptcy liquidation.
Area Supervisor reviewed?

HQ Review:     Date:                                        Updated 5/17/04
WL=Warning Letter WC=Warning Conference ROV=Report of Violation

# FOCUS INSPECTION WORKSHEET
## FISCAL YEAR 2004

| Complete FFL Number | Licensee Type | FFL Name | Field Division | Field Office |
|---|---|---|---|---|
| 933059079J34014 | 07 Manuf | Bryco Arms | Los Angeles | Santa Ana |
| Date Assigned | Date(s) of Inspection | Date Closed | UI Number (Complete) | # Volume of Sales (Last 12 Months) |
| 1/8/04 | NA | 9/7/04 | 784060-2004-0078 | NA |

| # Total Traces (Last 12 Months) (See Note Below) | # Total Guns Missing | # Unsuccessful Traces | # Unsuccessful Traces Resolved by Inspector | # Unsuccessful Traces Unresolved |
|---|---|---|---|---|
| NA | NA | NA | NA | NA |

| # Form 4473s Reviewed | Form 4473 violation(s)      Yes ☐      No ☒ | | | |
|---|---|---|---|---|
| NA | # 478.124 Items 1-11 Instances | # 478.124 Item 12 Instances | # Other 478.124 Instances | |
|  | NA | NA | NA | |

| # 478.99 Prohibited Sales Violations | | | # 478.100 Gun Show Violations | | | # 478.102 NICS Violations | | | # 478.125(e) A & D Book Violations | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | NUMBER OF INSTANCES | YES | NO | NUMBER OF INSTANCES | YES | NO | NUMBER OF INSTANCES | YES | NO | NUMBER OF INSTANCES |
| ☐ | ☐ | NA | ☐ | ☐ | NA | ☐ | ☐ | NA | ☐ | ☐ | NA |

| # Firearms in Inventory | # Firearms in A & D Bound Book | Difference | Difference After Reconciliation |
|---|---|---|---|
| NA | NA | NA | NA |

| # 478.126(a) Multiple Sales Violations | | | # Guns Involved | # Other Violations Issued (Number) | Potential Traffickers |
|---|---|---|---|---|---|
| YES | NO | NUMBER OF INSTANCES | NA | NA | NA |
| ☐ | ☐ | NA | | | |

| # ATF CE Referrals | # Other RE Office Referrals | # Other Federal Referrals | # Other State / Local Referrals |
|---|---|---|---|
| NA | NA | NA | NA |

| Recommendation | Name of Inspector and Telephone Number |
|---|---|
|  |  |

Other    **(b) (6)**

Prior History (i.e. Adverse Action within the last 3 years):
Licensee has been operating on a letter of cont. authority since 1999. Company has been recently sold to Paul Jimenez.

Note(s):
Bryco Arms is under a criminal investigation by ATF Law Enforcement

**Note:** Number of firearms traced to licensee with the last (12) months regardless of when sold by licensee. In addition, the number of firearms traced to licensee that were sold during the last (12) months must be entered into NSPECT.

Revised November 20, 2003