# Exhibit 14

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
DALLAS FIELD DIVISION, DALLAS AREA OFFICE
FIREARMS APPLICATION INSPECTION REPORT

SHINING STAR INVESTMENTS, L.L.C.;SHINING STAR INVESTMENTS
860 Hembry St. Unit #403, Lewisville, TX 75057
#5-75-01-01854;UIN 781025-2004-0044-B1B

## Summary

An application inspection was conducted for the above-stated applicant. The applicant wishes to conduct business as a Type 01 wholesale dealer of Title I firearms. The application is for the appropriate type of business, and there is a bona-fide need for this license. There was some suspicion of hidden ownership in this case, but no proof was disclosed. Also no prohibiting factors were discovered on the applicant's record.

**Recommendation:** Approval with noted corrections

## Statement of Facts:

Janice Jennings, the sole manager for this L.L.C. applicant, indicated on the ATF F 7 that she currently held the active FFL #9-33-030-07-9J-34014, Bryco Arms. This FFL was researched on the FLS system and this license had SAF "LE INVESTIGATION" indicated on the system. **See Exhibit #1.** Under Comments on the system it was stated that there was a (b) (6) (by Ms. Jennings) (b) (6) Bruce's role in Bryco." **See Exhibit #1.** Some information from the NFORCE case on this licensee was reviewed. **See Exhibit #2.** According to NSPECT the agent on the LE case was (b) (6) out of LA, CA. (b) (6) was contacted concerning this issue and he stated that his DIO would get with us on how to proceed. DIO (b) (6) (b) (6) suggested we begin the application process and provided us with a set of questions to ask Ms. Jennings. **See Exhibit #3.**

Ms. Jennings (TXDL (b) (6) was interviewed at the premises address printed on the Form 7 (400 Parker Square #250J, Flower Mound, TX 75028) on 2/26/04. SOI (b) (6) accompanied on the inspection. Ms. Jennings stated that Bryco Arms was ceasing operations. (Public records indicated that Chapter 11 Bankruptcy had been filed for Bryco Arms. **See Exhibit #4.**) She stated that she did not want to manufacture firearms any longer and intended on only being a wholesale distributor to dealers. She stated that she would be running the operation on her own and would not have any employees at first. She also stated that she would not have any paid consultants. When asked, she stated that her ex-husband Bruce Jennings would have no involvement in the business. She stated that (b) (6) (b) (6) but that he had no involvement in Shining Star Investments, L.L.C. She stated that (b) (6) Phoenix Arms and that she planned to distribute for them. She also stated that she is the sole member/manager on the L.L.C. Her organizational documents

2/27/2004
Page 1 of 2        249

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
DALLAS FIELD DIVISION, DALLAS AREA OFFICE
FIREARMS APPLICATION INSPECTION REPORT

SHINING STAR INVESTMENTS, L.L.C.;SHINING STAR INVESTMENTS
860 Hembry St. Unit #403, Lewisville, TX 75057
#5-75-01-01854;UIN 781025-2004-0044-B1B

were provided with her original application and are attached to it. SOI (b) (6) agreed that the inspection did not disclose any reason for denial of the application. **See Exhibit #5.**

Ms. Jennings also stated that she had found a new location in Lewisville that she wished to operate from. She had not signed a lease with the owner but had obtained a letter of intent to lease. **See Exhibit #6.** The letter indicates an awareness of the type of business to be conducted from the location. The owner of the property was contacted and he verified that he was aware that she intended to distribute firearms from that location. The premises was visited on 2/26/04 as well and a security profile was executed. (This is attached to the inside of the file folder for supervisory review.) The premises is in an industrial, commercially zoned area.

Ms. Jennings also stated that this L.L.C. was originally created for a real-estate business that was never pursued. She said that she would probably change the trade name in the future. She was instructed on how to do this and a form was provided for her.

Corrections made to the application:

#1 amended licensee name to "Shining Star Investments L.L.C." #5 amended to a new premises location #13 amended to new address and phone number for the owner of the property. #24 amended to CLEO name and address for Lewisville where a copy of the application was mailed.

A full criminal history check was conducted on Ms. Jennings and no prohibiting factors were disclosed. **See Exhibit #7.**

ATF rules and regulations on firearms from 27 CFR Part 478 were reviewed with Ms. Jennings and an acknowledgement was signed. All questions were addressed at that time. **See Exhibit #8.**



ATF Inspector

2/27/2004
Page 2 of 2