# Exhibit 15

Case 1:21-cv-00376-ALC   Document 39-16   Filed 08/13/21   Page 2 of 4



**FEDERAL LICENSING SYSTEM**

**License Registration Report**

26-AUG-2020

**Time**

13:20:11

**License Number:** 9 88 003 07 3E 06010      **Application ID:** 3894445

**Special Attention Flags**

| **Application Type** | **Disposition** | | **Status** |
|---|---|---|---|
| FORM 7 | LICENSE ISSUED | | ACTIVE |

| **Add Date** | **Change Date** | **Original Issue Date** | **Expiration Date** | **Renewal Receive Date** | **Renewal Date** |
|---|---|---|---|---|---|
| 04/29/2020 | 04/29/2020 | 04/29/2020 | 05/01/2023 | | 04/29/2020 |

| **Inspection Date** | **Business Type** | **Wholesale Indicator** | **Storage** |
|---|---|---|---|
| | T | | |

| **Division** | **Area Office** |
|---|---|
| SAN FRANCISCO | LAS VEGAS III |

| **EIN** | **Licensee/Permittee** | **Business Name** |
|---|---|---|
| (b)(3)-(26 USC 6103) | JA INDUSTRIES LLC | |

**Voice Phone:** (702)861-7866      **Fax Phone:**

**Premises Address**

Street: 249 ELLIOTT RD
City: HENDERSON      State: NV    Zip Code: 89011
County Code: 003   County Name: CLARK

**Mailing Address**

Street
City (b) (6)      State (b) (6) ip Code (b) (6)

Case 1:21-cv-00376-ALC Document 39-16 Filed 08/13/21 Page 3 of 4

## Responsible Person

| Status | SSN | Last Name | First Name | Middle Name | Cadency |
|---|---|---|---|---|---|
| ACTIVE | ****************** JIMENEZ | | PABLO | J | |

**Title**
OWNER      **INS Number**      **COGENT Number**

**Street**
(b) (6)

**City**      **State**      **Zip Code**      **Photo Recd Date**
(b) (6)

**Email Address**
jaindustriesllc@yahoo.com

**Date of Birth**   **Phone Nbr**   **Birth State**   **State**   **State**   **State**   **State**   **Race**      **Sex**   **FBI Card Date**
(b) (6)

**Country of Birth**      **Miscellan. Nbr**      **UPIN**      **Citizenship**
UNITED STATES      U.S.CITIZEN

**Country of Citizenship**
UNITED STATES

**Additional Citizenship 1**      **Non-Imgrnt Alien**
**Additional Citizenship 2**

**Documentation Exception**      **90 Days Residency**

| CHC Clrnce Status | CHC Clrnce Date | NICS Clrnce Status | NICS Clrnce Date | NTN | Relief Status | Relief Date |
|---|---|---|---|---|---|---|
| (b) (6) | | | | | | |

**Foreign Address Information**
**Street**

**City**      **Country**      **Province**      **Postal Code**

**RP Comment Date:** 04/02/2020      **Creator:** (b) (6)      **Create Date:** 04/02/2020 09:34 am

**RP Comments**
ETHNICITY (b) (6)
AKA JIMENEZ, PAUL J

**NTN History**      **NICS Clrnce Status History**      **Clrnce Date History**
(b) (6)

## Comments

| Text | Create Date | Create Userid |
|---|---|---|
| COVID-19 | 04/02/2020 |  |
| NEW APP, BG CLEARED, PHOTO AND FPC ARE WITH 9-88-00873, APP TO FIELD | 04/08/2020 | |

## Payments

| Control Number | Expiration Code | Transaction Code | Transaction Amount | GLA Date | Check Number |
|---|---|---|---|---|---|
| LI20032570734 | 3E | LF | $150 | | 46002177 |
| LI20032570734 | 3E | AA | -$150 | | 46002177 |

## Out of Business Info

## Explosives Storage Info

| Storage Type | Street | City | State | ZIP |
|---|---|---|---|---|