

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September __, 2021

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

      I write respectfully on behalf of the defendants in this case (the "Government"), to request a two-week extension of the remaining briefing schedule in this matter.  The extension is requested due to the undersigned's vacation schedule and pressing deadlines in other matters.  Plaintiffs do not oppose this request.  The briefing schedule has been previously extended twice.  ECF Nos. 31, 33.  If granted, the remaining briefs would be due on the following schedule:

- October 8, 2021: the Government's cross-motion and opposition to Plaintiffs' motion for summary judgment
- November 5, 2021: Plaintiffs' reply in support of their motion and opposition to the Government's cross-motion
- December 1, 2021: the Government's reply in support of its cross-motion (this deadline was pushed back by a few extra days in light of the Thanksgiving holiday the week before)

      I thank the Court for its consideration of this matter.

                                  Respectfully,

                                  AUDREY STRAUSS
                                United States Attorney

              By:    __s/Jean-David Barnea_____
                      JEAN-DAVID BARNEA
                      Assistant United States Attorney
                      Telephone:  (212) 637-2679
                      Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiff (by ECF)