

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 12, 2021

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

      Pursuant to the Court's order of October 8, 2021, ECF No. 45, I write respectfully on behalf of all parties in this case to provide a status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letter, Plaintiffs' complaint in this case had alleged that JA Industries was ineligible for a federal firearms license on various grounds.  ATF hereby reports that the inspection is continuing apace and is expected to wrap up within the next several weeks.  The parties thus propose that they provide a further status report to the Court in one month.

      I thank the Court for its consideration of this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:    s/Jean-David Barnea
      JEAN-DAVID BARNEA
      Assistant United States Attorney
      Telephone:  (212) 637-2679
      Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)