

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 12, 2021

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   11/15/2021
```

      Re:    *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

**MEMO ENDORSED**

Dear Judge Carter:

      Pursuant to the Court's order of October 8, 2021, ECF No. 45, I write respectfully on behalf of all parties in this case to provide a status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letter, Plaintiffs' complaint in this case had alleged that JA Industries was ineligible for a federal firearms license on various grounds.  ATF hereby reports that the inspection is continuing apace and is expected to wrap up within the next several weeks.  The parties thus propose that they provide a further status report to the Court in one month.

      I thank the Court for its consideration of this matter.

Respectfully,

**Joint status report due by Friday, December 10, 2021.**

DAMIAN WILLIAMS
United States Attorney

By:    s/Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone:  (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: November 15, 2021**

cc:    Counsel for plaintiffs (by ECF)