

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 10, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/13/21_____

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

**MEMO ENDORSED**

Re:  *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

Pursuant to the Court's order of October 8, 2021, ECF No. 45, I write respectfully on behalf of all parties in this case to provide a status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letters, Plaintiffs' complaint in this case had alleged that JA Industries was ineligible for a federal firearms license on various grounds.  ATF hereby reports that it has completed the field work for the inspection, and the agency will now prepare its report and recommendation.  There are several internal administrative steps in this process, and ATF intends to keep Plaintiffs and the Court up to date regarding the agency's progress.  In the next week and a half, ATF will provide the Plaintiffs with information regarding the timing of these administrative steps, and the parties will meet and confer concerning next steps in this litigation.  The parties further propose that they provide a further status report to the Court in one month—on or before January 11, 2022.

I thank the Court for its consideration of this matter.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    __s/Jean-David Barnea_____
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone:  (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**December 13, 2021**

cc:   Counsel for plaintiffs (by ECF)