

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 11, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

      Pursuant to the Court's order of December 13, 2021, ECF No. 49, I write respectfully on behalf of all parties in this case to provide a status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letters, Plaintiffs' complaint in this case allege that JA Industries was ineligible for a federal firearms license on various grounds.

      ATF hereby reports that it is in the process of scheduling the closing conference with JA Industries, which will mark the formal completion of the inspection.  Once the inspection is complete, the agency will prepare its report and recommendation.  ATF will continue to keep the Plaintiffs and the Court updated regarding the status of this matter.  The parties propose that they provide a further status report to the Court in approximately one month, on or before February 9, 2022.

      I thank the Court for its consideration of this matter.

                      Respectfully,

                      DAMIAN WILLIAMS
                      United States Attorney

      By:     s/Jean-David Barnea
             JEAN-DAVID BARNEA
             Assistant United States Attorney
             Telephone:  (212) 637-2679
             Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)