

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 9, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

**MEMO ENDORSED**

Re:   *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

    Pursuant to the Court's order of January 12, 2022, ECF No. 51, I write respectfully on behalf of all parties in this case to provide a further status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letters, Plaintiffs' complaint in this case alleges that JA Industries was ineligible for a federal firearms license on various grounds.

    ATF hereby reports that it has completed the inspection of JA Industries discussed in the parties' prior letters to the Court.  The record, including the latest inspection results, is currently before the deciding official for appropriate action.  The agency expects to make a decision within approximately 30 days.  The parties thus propose that they provide a further status report to the Court on or before March 11, 2022.

    I thank the Court for its consideration of this matter.

Respectfully,

Status report due on 3/11/22.

DAMIAN WILLIAMS
United States Attorney

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
2/11/2022

By:     s/Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone:  (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc:   Counsel for plaintiffs (by ECF)