| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------ x<br>**EVERYTOWN FOR GUN SAFETY**<br>**SUPPORT FUND ET AL.,**<br><br>                    **Plaintiffs,**<br><br>               -against-<br><br>**BUREAU OF ALCOHOL, TOBACCO,**<br>**FIREARMS AND EXPLOSIVES and**<br>**REGINA LOMBARDO,** *in her official*<br>*capacity as Acting Director of Bureau of*<br>*Alcohol, Tobacco, Firearms and Explosives*,<br><br>                  **Defendants.**<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: March 3, 2022<br><br>21-cv-0376 (ALC)<br><br>**<u>ORDER DENYING SUMMARY</u>**<br>**<u>JUDGMENT</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of the ongoing inspection process and concomitant stay of the summary judgment briefing, Plaintiffs' motion for summary judgment, ECF No. 36, is denied without prejudice with leave to renew. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

**SO ORDERED.**

**Dated:**    **March 3, 2022**
              **New York, New York**

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**