

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 30, 2022

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

      Re:    *Everytown for Gun Safety Support Fund et al. v. Bureau of Alcohol, Tobacco,*
              *Firearms and Explosives et al.*, 21 Civ. 0376 (ALC)

Dear Judge Carter:

      Pursuant to the Court's order of March 14, 2022, ECF No. 58, I write respectfully on behalf of all parties in this case to provide a final status report regarding the voluntary inspection by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") of JA Industries LLC ("JA Industries").  As discussed in our previous letters, Plaintiffs' complaint in this case alleges that JA Industries was ineligible for a federal firearms license on various grounds.

      ATF hereby reports that, on March 24, 2022, it sent JA Industries a notice of revocation of its firearms license.  In anticipation of dismissing the case, Plaintiffs have requested a copy of the notice of revocation.  The parties are currently conferring and propose that they will update the Court on or before April 29, 2022, if a stipulation of dismissal is not filed by that time.

      I thank the Court for its consideration of this matter.

              Respectfully,

              DAMIAN WILLIAMS
              United States Attorney

      By:    *s/Jean-David Barnea*
           JEAN-DAVID BARNEA
           Assistant United States Attorney
           Telephone:  (212) 637-2679
           Email: Jean-David.Barnea@usdoj.gov

cc:    Counsel for plaintiffs (by ECF)