UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVERYTOWN FOR GUN SAFETY SUPPORT
FUND, THE CITY OF KANSAS CITY,
MISSOURI and THE STATE OF ILLINOIS,

                                    Plaintiffs,

-against-

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; and REGINA
LOMBARDO, in her official capacity as ACTING
DIRECTOR of Bureau of Alcohol, Tobacco,
Firearms and Explosives,

                                    Defendants.

No. 1:21-cv-00376-ALC

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Everytown for Gun Safety Support Fund; the City of Kansas City, Missouri and the State of Illinois, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives and Regina Lombardo, in her official capacity as Acting Director of Bureau of Alcohol, Tobacco, Firearms and Explosives.

April 21, 2022

                                      CRAVATH, SWAINE & MOORE LLP,

                       by

                /s/ Benjamin Gruenstein
                    Benjamin Gruenstein
                    Sharonmoyee Goswami
                    Samantha Hall

            Worldwide Plaza
              825 Eighth Avenue
              New York, NY 10019
                (212) 474-1000
                    bgruenstein@cravath.com
                    sgoswami@cravath.com
                    shall@cravath.com

            EVERYTOWN LAW

                    Alla Lefkowitz

            P.O. Box #14780
              Washington, D.C. 20044
                (202) 545-3257 ext. 1007
                    alefkowitz@everytown.org

                Molly Thomas-Jensen
                    Aaron Esty
                    Ryan Gerber

            450 Lexington Ave.
              P.O. Box #4184
                New York, NY 10017
                  (646) 324-8365
                    mthomasjensen@everytown.org
                    aesty@everytown.org
                    rgerber@everytown.org

            *Attorneys for Plaintiffs Kansas City, Missouri and Everytown for Gun Safety Support Fund*

KWAME RAOUL
Attorney General of Illinois

by  *[signature]*
_____
Kathryn Hunt Muse
Office of the Attorney General

100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
Kathryn.Muse@ilag.gov
*Attorney for Plaintiff State of Illinois*