UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/25/22__

EVERYTOWN FOR GUN SAFETY SUPPORT FUND, THE CITY OF KANSAS CITY, MISSOURI and THE STATE OF ILLINOIS,

                              Plaintiffs,

-against-

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; and REGINA LOMBARDO, in her official capacity as ACTING DIRECTOR of Bureau of Alcohol, Tobacco, Firearms and Explosives,

                              Defendants.

No. 1:21-cv-00376-ALC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Everytown for Gun Safety Support Fund; the City of Kansas City, Missouri and the State of Illinois, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives and Regina Lombardo, in her official capacity as Acting Director of Bureau of Alcohol, Tobacco, Firearms and Explosives.

April 21, 2022

CRAVATH, SWAINE & MOORE LLP,

by

/s/ Benjamin Gruenstein
Benjamin Gruenstein
Sharonmoyee Goswami
Samantha Hall

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
bgruenstein@cravath.com
sgoswami@cravath.com
shall@cravath.com

EVERYTOWN LAW

Alla Lefkowitz

P.O. Box #14780
Washington, D.C. 20044
(202) 545-3257 ext. 1007
alefkowitz@everytown.org

Molly Thomas-Jensen
Aaron Esty
Ryan Gerber

450 Lexington Ave.
P.O. Box #4184
New York, NY 10017
(646) 324-8365
mthomasjensen@everytown.org
aesty@everytown.org
rgerber@everytown.org

*Attorneys for Plaintiffs Kansas City, Missouri and Everytown for Gun Safety Support Fund*

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4/25/22

KWAME RAOUL
Attorney General of Illinois

by *[signature]*

Kathryn Hunt Muse
Office of the Attorney General

100 West Randolph Street
Chicago, IL 60601
(312) 814-3000
Kathryn.Muse@ilag.gov
*Attorney for Plaintiff State of Illinois*